UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: First Street Holdings NV, LLC

Case No. 11-49300

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 03/31/12          PETITION DATE: 08/30/11

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
| | a. Current Assets | $114,087 | $114,087 | |
| | b. Total Assets | $77,898,132 | $77,898,132 | $77,895,106 |
| | c. Current Liabilities | $40,943 | $40,943 | |
| | d. Total Liabilities | $22,598,207 | $22,598,207 | $29,326,165 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
| | a. Total Receipts | $89 | $156 | $9,168 |
| | b. Total Disbursements | $89 | $156 | ($758) |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $9,926 |
| | d. Cash Balance Beginning of Month | $0 | $0 | ($9,926) |
| | e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | ($89) | ($156) | ($2,345,035) |
| 5. | Account Receivables (Pre and Post Petition) | $112,904 | $112,904 | |
| 6. | Post-Petition Liabilities | $40,943 | $40,943 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $40,943 | $40,943 | |

At the end of this reporting month: | Yes | No
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) Note 2 | | X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X
12. Is the estate insured for replacement cost of assets and for general liability? | X |
13. Are a plan and disclosure statement on file? | X |
14. Was there any post-petition borrowing during this reporting period? | | X

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/20/2012

Responsible Individual

Revised 1/1/98

Case: 11-49300    Doc# 194    Filed: 10/23/12    Entered: 10/23/12 16:12:08    Page 1 of 8

# STATEMENT OF OPERATIONS
## (Real Estate Case)
For the Month Ended  03/31/12

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Rent/Leases | | |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: | | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $0 | $0 | $0 | 7 | **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| $89 | | ($89) | 10 | Administrative | $2,777 | |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| | | $0 | 15 | Management Fees | | |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Expenses: | | |
| | | $0 | 24 | Investment loss: 78 First Street | $1,440,093 | |
| | | $0 | 25 | Investment loss: 88 First Street | $243,046 | |
| | | $0 | 26 | Investment loss: First/Jessie | $666,220 | |
| | | $0 | 27 | Investment loss: JP Capital | $101,611 | |
| | | $0 | 28 | Bank charge refunds | $0 | |
| | | $0 | 29 | Legal expense (entitlements) | ($140,041) | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $89 | $0 | ($89) | 32 | **Total Expenses** | $2,313,706 | $0 |
| ($89) | $0 | ($89) | 33 | **Subtotal** | ($2,313,706) | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | ($30,679) | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 38 | U.S. Trustee Quarterly Fees | ($650) | |
| | | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | ($31,329) | $0 |
| ($89) | $0 | ($89) | 41 | Net Profit (Loss) Before Federal & State Taxes | ($2,345,035) | $0 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($89) | $0 | ($89) | 43 | **Net Profit (Loss)** | ($2,345,035) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

Case: 11-49300   Doc# 194   Filed: 10/23/12   Entered: 10/23/12 16:12:08   Page 2 of 8

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 03/31/12

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | $0 |
| 2 | Accounts receivable (net) | | $112,904 |
| 3 | Retainer(s) paid to professionals | | $1,183 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $114,087 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | $77,784,045 |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $77,784,045 |
| 18 | **Total Assets** | | $77,898,132 |

| | Liabilities | | |
|---|---|---|---|
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $0 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $40,943 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $40,943 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $40,943 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $22,335,068 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $222,196 |
| 32 | **Total Pre-Petition Liabilities** | | $22,557,264 |
| 33 | **Total Liabilities** | | $22,598,207 |
| | **Equity (Deficit)** | | |
| 34 | Total Equity (Deficit) | | $55,299,925 |
| 35 | Total Liabilities and Equity (Deficit) | | $77,898,132 |
| | NOTE: | | |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 31-60 Days | | $21,752 | |
| 61-90 Days | | $19,191 | $40,943 |
| 91+ Days | $112,904 | | |
| Total accounts receivable/payable | $112,904 | $40,943 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | | | |

## Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

## Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

## Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
## Rental Income Information

<u>List the Rental Information Requested Below By Properties</u>

|  | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Scheduled Gross Rents | | | | |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $0 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | City National | | |
| Account Type | Checking | Checking | | |
| Account No. | 42877 | 5623 | | |
| Account Purpose | Controlled Checkir | DIP | | |
| Balance, End of Month | $0 | $0 | | |
| Total Funds on Hand for all Accounts | | | | |
| Attach copies of the month end bank statement(s), reconciliation(s), | $0 | | | |

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 03/31/12

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Cash call (from rents): MS Mission Holdings | | $8,770 |
| 7 | Contribution from Marcus Heights, LLC | $89 | $398 |
| 8 | | $0 | |
| 9 | | | |
| 10 | | | |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $89 | $9,168 |
| | **Cash Disbursements** | | 0 |
| 13 | Selling | | $0 |
| 14 | Administrative | $0 | $0 |
| 15 | Capital Expenditures | | $0 |
| 16 | Principal Payments on Debt | | $0 |
| 17 | Interest Paid | | $0 |
| | Rent/Lease: | | 0 |
| 18 | Personal Property | | $0 |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 20 | Salaries | | $0 |
| 21 | Draws | | $0 |
| 22 | Commissions/Royalties | | $0 |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Bank charges (F&M entities: lockbox DAC accounts) | $89 | ($758) |
| 33 | | | |
| 34 | Property management | $0 | |
| 35 | BK Attorney retainer | $0 | |
| 36 | Entitlements Expenses | $0 | |
| 37 | **Total Cash Disbursements:** | $89 | ($758) |
| 38 | Net Increase (Decrease) in Cash | $0 | $9,926 |
| 39 | Cash Balance, Beginning of Period | $0 | ($9,926) |
| 40 | Cash Balance, End of Period | $0 | $0 |

Revised 1/1/98

Case: 11-49300    Doc# 194    Filed: 10/23/12    Entered: 10/23/12 16:12:08    Page 7 of 8



# CITY NATIONAL BANK
### The way up.

Page 1 (0)

Account #: 4■■■5623

This statement: March 30, 2012
Last statement: February 29, 2012

Contact us:
800 773-7100

San Francisco Main Office
150 California ST
San Francisco CA  94111

cnb.com

432    0830N
FIRST STREET HOLDINGS NV, LLC
DIP CASE NO. 11-49300
62 1ST ST 4TH FL
SAN FRANCISCO CA 94105

TRAVELING ABROAD? GET THE CASH YOU NEED BEFORE YOU LEAVE. WE CAN PROVIDE POPULAR FOREIGN CURRENCIES, OFTEN ON THE SAME DAY. CONTACT YOUR RELATIONSHIP MANAGER OR NEAREST BANKING OFFICE FOR RATES AND DETAILS.

## Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ■■■5623 | Beginning balance (2/29/2012) | | | $0.00 |
| Minimum balance | $-89.18 | | | | |
| Average balance | $-5.96 | Credits  Deposits  (0) | | + 0.00 | |
| Avg. collected balance | $-5.00 | Electronic cr (0) | | + 0.00 | |
| | | Other credits (1) | | + 89.18 | |
| | | Total credits | | | +$89.18 |
| | | Debits  Checks paid (0) | | - 0.00 | |
| | | Electronic db (0) | | - 0.00 | |
| | | Other debits (2) | | - 89.18 | |
| | | Total debits | | | -$89.18 |
| | | Ending balance (3/30/2012) | | | $0.00 |

### OTHER CREDITS
| Date | Description | Reference | Credits |
|---|---|---|---|
| 3-22 | Account Transfer Cr. FR ACC 00432889769 | | 89.18 |

### OTHER DEBITS
| Date | Description | Reference | Debits |
|---|---|---|---|
| 3-15 | Acct Analysis Fees FEE BASED ACTIVITY FOR 02/12 | | .09 |
| 3-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/12 | | 89.09 |

### DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 2-29 | .00 | 3-15 | -.09 | 3-20 | -89.18 | 3-22 | .00 |

Thank you for banking with San Francisco Main Office