UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: First Street Holdings NV, LLC

Case No. 11-49300

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 04/30/12    PETITION DATE: 08/30/11

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
| | a. Current Assets | $114,087 | $114,087 | |
| | b. Total Assets | $77,898,132 | $77,898,132 | $77,895,106 |
| | c. Current Liabilities | $40,943 | $40,943 | |
| | d. Total Liabilities | $22,598,207 | $22,598,207 | $29,326,165 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
| | a. Total Receipts | $65 | $89 | $9,233 |
| | b. Total Disbursements | $65 | $89 | ($693) |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $9,926 |
| | d. Cash Balance Beginning of Month | $0 | $0 | ($9,926) |
| | e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | ($65) | ($89) | ($2,345,100) |
| 5. | Account Receivables (Pre and Post Petition) | $112,904 | $112,904 | |
| 6. | Post-Petition Liabilities | $40,943 | $40,943 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $40,943 | $40,943 | |

At the end of this reporting month:    Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) ___ X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) Note 2 ___ X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? ___ N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) ___ X
12. Is the estate insured for replacement cost of assets and for general liability? X ___
13. Are a plan and disclosure statement on file? X ___
14. Was there any post-petition borrowing during this reporting period? ___ X

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/20/2012

Responsible Individual

Revised 1/1/98

Case: 11-49300    Doc# 195    Filed: 10/23/12    Entered: 10/23/12 16:13:09    Page 1 of 8

# STATEMENT OF OPERATIONS
## (Real Estate Case)
### For the Month Ended 04/30/12

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Rent/Leases | | |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: | | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $0 | $0 | $0 | 7 | Total Revenues | $0 | $0 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| $65 | | ($65) | 10 | Administrative | $2,842 | |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| | | $0 | 15 | Management Fees | | |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Expenses: | | |
| | | $0 | 24 | Investment loss: 78 First Street | $1,440,093 | |
| | | $0 | 25 | Investment loss: 88 First Street | $243,046 | |
| | | $0 | 26 | Investment loss: First/Jessie | $666,220 | |
| | | $0 | 27 | Investment loss: JP Capital | $101,611 | |
| | | $0 | 28 | Bank charge refunds | $0 | |
| | | $0 | 29 | Legal expense (entitlements) | ($140,041) | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $65 | $0 | ($65) | 32 | Total Expenses | $2,313,771 | $0 |
| ($65) | $0 | ($65) | 33 | Subtotal | ($2,313,771) | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | ($30,679) | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 38 | U.S. Trustee Quarterly Fees | ($650) | |
| | | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | Total Reorganization Items | ($31,329) | $0 |
| ($65) | $0 | ($65) | 41 | Net Profit (Loss) Before Federal & State Taxes | ($2,345,100) | $0 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($65) | $0 | ($65) | 43 | Net Profit (Loss) | ($2,345,100) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

Case: 11-49300    Doc# 195    Filed: 10/23/12    Entered: 10/23/12 16:13:09    Page 2 of 8

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  04/30/12

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $0 |
| 2 | Accounts receivable (net) | | $112,904 |
| 3 | Retainer(s) paid to professionals | | $1,183 |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $114,087 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | $77,784,045 |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: _____ | | |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $77,784,045 |
| 18 | **Total Assets** | | $77,898,132 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $0 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $40,943 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: _____ | | $0 |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | $40,943 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $40,943 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $22,335,068 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $222,196 |
| 32 | **Total Pre-Petition Liabilities** | | $22,557,264 |
| 33 | **Total Liabilities** | | $22,598,207 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $55,299,925 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $77,898,132 |

NOTE:

Revised 1/1/98

Case: 11-49300    Doc# 195    Filed: 10/23/12    Entered: 10/23/12 16:13:09    Page 3 of 8

## SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 31-60 Days | | $21,752 | |
| 61-90 Days | | $19,191 | $40,943 |
| 91+ Days | $112,904 | | |
| Total accounts receivable/payable | $112,904 | $40,943 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
### Rental Income Information

List the Rental Information Requested Below By Properties

|  | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Scheduled Gross Rents | | | | |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $0 | $0 | $0 | $0 |

* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | City National | | |
| Account Type | Checking | Checking | | |
| Account No. | ▆▆▆-42877 | ▆▆▆623 | | |
| Account Purpose | Controlled Checkir | DIP | | |
| Balance, End of Month | $0 | $0 | | |
| Total Funds on Hand for all Accounts | | | | |
| Attach copies of the month end bank statement(s), reconciliation(s), | $0 | | | |

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 04/30/12

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Cash call (from rents): MS Mission Holdings | | $8,770 |
| 7 | Contribution from Marcus Heights, LLC | $65 | $463 |
| 8 | | $0 | |
| 9 | | | |
| 10 | | | |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $65 | $9,233 |
| | **Cash Disbursements** | | 0 |
| 13 | Selling | | $0 |
| 14 | Administrative | $0 | $0 |
| 15 | Capital Expenditures | | $0 |
| 16 | Principal Payments on Debt | | $0 |
| 17 | Interest Paid | | $0 |
| | Rent/Lease: | | 0 |
| 18 | Personal Property | | $0 |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 20 | Salaries | | $0 |
| 21 | Draws | | $0 |
| 22 | Commissions/Royalties | | $0 |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Bank charges (F&M entities: lockbox DAC accounts) | $65 | ($693) |
| 33 | | | |
| 34 | Property management | $0 | |
| 35 | BK Attorney retainer | $0 | |
| 36 | Entitlements Expenses | $0 | |
| 37 | **Total Cash Disbursements:** | $65 | ($693) |
| 38 | Net Increase (Decrease) in Cash | $0 | $9,926 |
| 39 | Cash Balance, Beginning of Period | $0 | ($9,926) |
| 40 | Cash Balance, End of Period | $0 | $0 |

Revised 1/1/98

Case: 11-49300    Doc# 195    Filed: 10/23/12    Entered: 10/23/12 16:13:09    Page 7 of 8



# CITY NATIONAL BANK
### The way up.

Page 1 (0)

Account #: 4●●●●5623

This statement: April 30, 2012
Last statement: March 30, 2012

Contact us:
800 773-7100

San Francisco Main Office
150 California ST
San Francisco CA 94111

432        0830N
FIRST STREET HOLDINGS NV, LLC
DIP CASE NO. 11-49300
62 1ST ST 4TH FL
SAN FRANCISCO CA 94105

cnb.com

SIMPLIFY THE PROCESS OF MAKING CHECK DEPOSITS INTO YOUR BUSINESS ACCOUNT USING CITY NATIONAL E-DEPOSIT SERVICE. E-DEPOSIT REDUCES OR REPLACES YOUR NEED TO DELIVER CHECK DEPOSITS VIA COURIER OR IN PERSON TO A BANKING OFFICE, AND OFFERS TIME AND COST SAVINGS POTENTIAL. TO LEARN MORE, PLEASE CALL (800) 599-0020.

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ●●●●5623 |
| Minimum balance | $-64.77 |
| Average balance | $-4.19 |
| Avg. collected balance | $-4.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (3/30/2012) | | | $0.00 |
| Credits | Deposits (0) | + 0.00 | |
| | Electronic cr (0) | + 0.00 | |
| | Other credits (2) | + 64.82 | |
| | Total credits | | +$64.82 |
| Debits | Checks paid (0) | - 0.00 | |
| | Electronic db (0) | - 0.00 | |
| | Other debits (2) | - 64.82 | |
| | Total debits | | -$64.82 |
| Ending balance (4/30/2012) | | | $0.00 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 4-24 | Account Transfer Cr. FR ACC 00432889769 | | .05 |
| 4-26 | Account Transfer Cr. FR ACC 00432889769 | | 64.77 |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 4-17 | Acct Analysis Fees FEE BASED ACTIVITY FOR 03/12 | | .05 |
| 4-24 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/12 | | 64.77 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 3-30 | .00 | 4-17 | -.05 | 4-24 | -64.77 | 4-26 | .00 |

Thank you for banking with San Francisco Main Office