**EXHIBIT C**

**FORM OF QUITCLAIM DEED**

[see attached]

09995.112 2406194v1

Recorded at the Request of and
When Recorded, Return and
Mail Tax Statements to:

_____
_____
_____

The undersigned declares that documentary transfer tax is not shown pursuant to Section 11932 of the Revenue and Taxation Code, as amended.

## QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, _____ (the "Choo Parties") hereby remises, releases and quitclaims to _____ ("TMG/Northwood"), all of the Choo Parties' right, title and interest in that certain real property located in City and County of San Francisco, State of California, and described in Exhibit A attached hereto and made a part hereof (the "Property").

DATED: Effective as of _____, 201__

[Add signature blocks for the Choo Parties]

09995.112 2406194v1

## EXHIBIT A

## 512 MISSION STREET, 516 MISSION STREET AND 526 MISSION STREET

The land referred to is situated in the County of San Francisco, City of San Francisco, State of California, and is described as follows:

PARCEL I:

Beginning at a point on the northwesterly line of Mission Street, distant 84 feet southwesterly from the southwesterly line of 1st Street; thence southwesterly along said line of Mission Street 24 feet; thence at a right angle northwesterly 58 feet; thence at a right angle northeasterly24 feet; thence at a right angle southeasterly 58 feet to the point of beginning.

BEING a part of 100 Vara Lot No. 1,

Assessor's Lot 010; Block 3708

PARCEL II:

Beginning at a point on the northwesterly line of Mission Street, distant thereon 108 feet southwesterly from the southwesterly line of 1st Street; running thence southwesterly and along said line of Mission Street 48 feet; thence at a right angle northwesterly 99 feet 6 inches; thence at a right angle northeasterly 48 feet; thence at a right angle southeasterly 99 feet 6 inches to the point of beginning.

BEING part of 100 Vara Block No. 346.

Assessor's Lot 011; Block 3708

PARCEL III:

Beginning at a point on the northwesterly line of Mission Street, distant thereon 156 feet southwesterly from the southwesterly line of 1st Street; running thence southwesterly along said line of Mission Street 94 feet to the northeasterly line of Ecker Street; thence at a right angle northwesterly along said line of Ecker Street 99 feet and 6 inches to the southeasterly line of Elim Alley (formerly Lick Alley); thence at a right angle northeasterly along said line of Elim Alley 94 feet; thence at a right angle southeasterly 99 feet and 6 inches to the point of beginning.

Being a part of 100 Vara Block No. 346.

Assessor's Lot 012; Block 3708

Excepting from Parcels I, II and III all minerals and all mineral rights of every kind and character now known to exist or hereafter discovered as excepted and reserved by Upland Industries Corporation ("Upland") in the Deed recorded December 15th, 1989 in Reel F 21 of Official Records, Image 1007 under Recorder's Serial Number E474970, including, without limiting the generality of the foregoing, oil and gas and rights thereto, together with the sole, exclusive and perpetual right to explore for, remove and dispose of, said minerals by and any means or methods suitable to Upland, its successors and or assigns but without entering upon or using the surface thereof, and in such manner as not to damage the surface of said lands or to interfere with the use thereof by grantee, its successors or assigns.

09995.112 2406194v1

## 50 FIRST STREET

The land referred to is situated in the County of San Francisco, City of San Francisco, State of California, and is described as follows:

PARCEL I:

Beginning at a point on the southwesterly line of 1st Street, distant thereon 40 feet southeasterly from the southeasterly line of Stevenson Street; running thence southeasterly along said line of 1st Street 40 feet; thence at a right angle southwesterly 167 feet, 6 inches; thence at a right angle northwesterly 80 feet to the southeasterly line of Stevenson Street; thence at a right angle northeasterly along said line of Stevenson Street 87 feet, 6 inches; thence at a right angle southeasterly 40 feet; thence at a right angle northeasterly 80 feet to the point of beginning.

Being a portion of 100 Vara Block No. 346.

PARCEL II:

Beginning at the point of intersection of the southwesterly line of 1st Street and the northwesterly line of Jessie Street; running thence northwesterly along the southwesterly line of 1st Street 60 feet; thence at a right angle southwesterly 130 feet; thence at a right angle southeasterly 60 feet to the northwesterly line of Jessie Street; thence at a right angle northeasterly along said line of Jessie Street 130 feet to the point of beginning.

Being a portion of 100 Vara Block No. 346.

Assessor's Lot 055; Block 3708

## 62 FIRST STREET

The land referred to is situated in the County of San Francisco, City of San Francisco, State of California, and is described as follows:

Beginning at the point of intersection of the Southeasterly line of Jessie Street and the Southwesterly line of 1st Street; running thence Southwesterly along said line of Jessie Street 155 feet; thence at a right angle Southeasterly 50 feet; thence at a right angle Southwesterly 1 foot and 6 inches; thence at a right angle Southeasterly 26 feet, more or less, to the Northwesterly line of Elim (formerly Lick) Alley; thence at a right angle Northeasterly along said line of Elim Alley 156 feet and 6 inches to the Northwesterly line of 1st Street; thence at a right angle Northwesterly along said line of 1st Street 76 feet, more or less, to the point of beginning.

Being a portion of 100 Vara Block No. 346.

APN: Lot 006; Block 3708.

## 78 FIRST STREET

The land referred to is situated in the County of San Francisco, City of San Francisco, State of California, and is described as follows:

Commencing at a point on the Southwesterly line of 1st Street, distant thereon 80 feet Northwesterly from the Northwesterly line of Mission Street; running thence Northwesterly and along said line of 1st Street 25 feet to the Southeasterly line of Elim Alley; thence Southwesterly and along said line of Elim Alley 108 feet; thence at a right angle Southeasterly 25 feet; thence at a right angle Northeasterly 108 feet to the point of commencement.

09995.112 2406194v1

Being a part of 100 Vara Block No. 346.

APN: Lot 007; Block 3708

## 88 FIRST STREET

The land referred to is situated in the County of San Francisco, City of San Francisco, State of California, and is described as follows:

Beginning at the point of intersection of the northwesterly line of Mission Street with the southwesterly line of 1st Street; running thence northwesterly along said southwesterly line of 1st Street 55 feet; thence at a right angle southwesterly 60 feet; thence at a right angle southeasterly 55 feet to the northwesterly line of Mission Street; thence at a right angle northeasterly along said northwesterly line of Mission Street 60 feet to the point of beginning.

Being a portion of 100 Vara Block No. 346.

Assessor's Lot 009; Block 3708

09995.112 2406194v1

STATE OF CALIFORNIA )
                        ) ss.
COUNTY OF _____ )

        On _____, before me _____,
personally appeared _____ _____, personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

        I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

        WITNESS my hand and official seal.


_____
Notary Public in and for said
County and State                            [SEAL]

09995.112 2406194v1

**ATTACHMENT TO QUITCLAIM DEED**


**CITY OF SAN FRANCISCO TRANSFER TAX AFFIDAVIT TO BE SIGNED BY
CHOO PARTIES STATING THAT NO TRANSFER TAX IS DUE**

09995.112 2406194v1

**EXHIBIT C-1**

**CERTIFICATES OF TRANSFER**

| | |
|---|---|
| RECORDING REQUESTED BY: | ) |
| | ) |
| Scott Sanchez | ) |
| Zoning Administrator | ) |
| Planning Department | ) |
| City and County of San Francisco | ) |
| 1650 Mission Street, Suite 400 | ) |
| San Francisco, CA 94103 | ) |
| | ) |
| WHEN RECORDED RETURN TO: | ) |
| | ) |
| Reuben & Junius LLP | ) |
| One Bush Street, Suite 600 | ) |
| San Francisco, CA 94104 | ) |
| Attn: Kevin H. Rose | ) |
| | ) |
| | ) |
| | ) |

## 1. CERTIFICATE OF TRANSFER
## OF TDR

NOTICE OF RESTRICTION – Pursuant to Section 128 of the Planning Code of the City and County of San Francisco, the transfer of TDR represented by this Certificate of Transfer permanently reduces the amount of gross floor area that may be constructed on the transfer lot by the amount of TDR transferred, such transfer lot being the real property more particularly described in Exhibit A attached hereto. The transfer of TDR from the site of a Contributory Building or a Category V Building permanently restricts development of that site as provided in Section 128 and Article 11 of the Planning Code. This restriction shall bind the owners of the transfer lot and their successors and assignees.

**Case No.:**

**Date Filed:**

09995.112 2406194v1

**TRANSFER LOT**

Address:

Block/Lot:

Legal Description of Lot (see attached):

**See EXHIBIT "A"**

Owner of Record of Transfer Lot:


Owner of Record of TDR:


Contact Person:

**Reuben & Junius LLP**
**One Bush Street, Suite 600**
**San Francisco, CA 94104**
**Attn: Kevin H. Rose**

Zoning:

Category of Building (I, II, III, IV, or V):

Landmark No.:

Statement of Eligibility (attach copy):

Recordation Date:

Instrument Number:
-------------------------------------------------------------------------------------------------------
---------PREVIOUS TRANSFERS
Recordation Date:
Instrument Number:
                      _____        through
Amount        Block/Lot: TDR Number          Block/Lot: TDR Number

Recordation Date:

Instrument Number:
                      _____        through
Amount        Block/Lot: TDR Number          Block/Lot: TDR Number
09995.112 2406194v1

--------------------------------------------------------------------------------------------------------
-----------

_____, applicant under Certificate of Transfer Application
No.          does hereby grant, assign, and transfer to _____,
named as Transferee in said Application, all those Transferable Development Rights subject to
the Planning Code of the City and County of San Francisco, described as follows:


                _____     through

Amount        Block/Lot: TDR Number          Block/Lot: TDR Number




**TRANSFEROR**                        **TRANSFEREE**



By: _____       By: _____



                                      Date: _____
                                           (Acknowledgement attached)




                                      _____
                                      Scott Sanchez
                                      Zoning Administrator

                                      Date: _____
                                           (Acknowledgement attached)




09995.112 2406194v1

**EXHIBIT D**

**LIST OF LEASES**

[see attached]

09995.112 2406194v1

## LIST OF LEASES

| Leases | Date of Document | Tenant Suite Number |
|---|---|---|
| **Ambassador Tours, Inc.** | | |
| Office Building Lease | 02/01/2012 | 50-610 |
| **Acco Engineered Systems** | | |
| Lease (General, Long Form) | 06/22/2004 | 50-B03 |
| **Brigadeiro Me Corporation** | | |
| Standard Multi-Tenant Office Lease | 04/05/2013 | 50-312 |
| **Bay Area Cellular Telephone Company dba AT&T Wireless** | | |
| Microcell Site Lease with Exhibits, Bay Area Cellular Telephone Company dba Cellular One | 07/21/1999 | 88-ROOF |
| First Amendment to Lease Bay Area Cellular Telephone Company dba AT&T Wireless | 10/28/2003 | 88-ROOF |
| **BlueWave Communications, LLC** | | |
| Office Building Lease | 02/01/2012 | 88-600 |
| **Center for Learning In Retirement (CLIR)** | | |
| Office Building Lease | 01/12/2012 | 50-308 |
| **Complete Security, Inc.** | | |
| Complete Security Lease | 12/04/2003 | 50-23/Park-01 |
| Addendum to Lease/Option to Extend Lease | 07/01/2009 | 50-23/Park-01 |
| **Consolacion ACAP** | | |
| Office Building Lease | 02/01/2012 | 50-629 |
| **Dr. Christopher H. Xavier** | | |
| Dr. Christopher H. Xavier Office Building Lease | 05/14/1991 | 50-513 |
| Amendment to Lease Agreement | 07/08/1993 | 50-513 |
| Second Amendment to Lease Agreement | 06/17/1998 | 50-513 |
| Third Amendment to Lease Agreement | 05/28/2003 | 50-513 |
| Fourth Amendment to Lease of Premises | 10/26/2009 | 50-513 |
| 180 Day Notice to Terminate Lease | 10/04/2011 | 50-513 |
| Rescind Notice of Termination to Lease | 10/06/2011 | 50-513 |
| **French Nails** | | |
| Lease Standard Form Ky Quang Tran | 01/03/1992 | 050-G |

| | | |
|---|---|---|
| Amendment to Lease Agreement Ky Quang Tran dba French Nails | 01/30/1995 | 050-G |
| Second Amendment to Lease Agreement Ky Quang Tran dba French Nails | 07/22/1996 | 050-G |
| Third Amendment to Lease Agreement Ky Quang Tran dba French Nails | 01/14/2000 | 050-G |
| Fourth Amendment to Lease Agreement - French Nails | 12/12/2001 | 050-G |
| Fifth Amendment to Lease Agreement – French Nails | 06/03/2002 | 050-G |
| Sixth Amendment to Lease Agreement – French Nails | 02/12/2003 | 050-G |
| Consent to Assignment of Lease w/ Exhibit D; Assignee: Lan Truc Le | 08/03/2010 | 050-G |

**GTE Mobilnet of California Limited Partnership dba Verizon Wireless**

| | | |
|---|---|---|
| Building and Rooftop Lease Agreement w/ Exhibits | 09/22/2003 | 50-ROOF01 |
| First Amendment to Building and Rooftop Lease Agreement (Amendment is Invalid as it was entered into without consent of the Lender) | 11/16/2011 | 50-ROOF01 |

**Jack in the Box Inc.**

| | | |
|---|---|---|
| Lease Agreement | 03/05/1987 | 050-42 |
| Amendment to Lease and Agreement | 10/06/1987 | 050-42 |
| Second Amendment to Lease | 02/24/1999 | 050-42 |
| Third Amendment to Lease | 10/30/2000 | 050-42 |
| Fourth Amendment to Lease | 07/31/2003 | 050-42 |

**Karren Company**

| | | |
|---|---|---|
| Office Building Lease | 02/01/2012 | 50-450 |

**Life360, Inc.**

| | | |
|---|---|---|
| Office Building Lease | 06/06/2012 | 78-600 |
| First Amendment to Office Lease Agreement | 03/11/2013 | 78-600 |

**Martha Monroy dba Martha & Brothers Coffee**

| | | |
|---|---|---|
| Martha Monroy dba Martha & Brothers Coffee Lease | 10/15/2003 | 050-I |
| Addendum to Lease Agreement | 10/15/2003 | 050-I |

**Mojiva Inc.**

| | | |
|---|---|---|
| Office Building Lease | 02/01/2012 | 78-500 |

**Myung Sin Kim dba Second Street Hair Company**

| | | |
|---|---|---|
| Office Building Lease | 02/01/2012 | 050-B |

**OL2, Inc. dba OnLive**

| | | |
|---|---|---|
| Standard Multi-Tenant Office Lease - Gross | 04/2013 | 78-300 |

**Ostgren Associates, Inc.**

| | | |
|---|---|---|
| Office Building Lease | 02/01/2012 | 88-315 |
| **R.D.C., Inc.** | | |
| Restaurant Lease | 08/01/1998 | 88-100/88-B1 |
| **Revel, Inc.** | | |
| Standard Multi-Tenant Office Lease - Net | 04/13/2011 | 88-200 |
| First Amendment to Lease | 04/2013 | 88-200 |
| **SportStream, Inc. (formerly Evri, Inc.)** | | |
| Office Building Lease | 02/01/2012 | 88-400 |
| Assignment and Assumption of Lease and Landlord Consent | 06/2012 | 88-400 |
| **Swinerton Builders** | | |
| Standard Multi-Tenant Office Lease - Gross | 03/12/2013 | 78-400 |
| **Webcor** | | |
| Standard Multi-Tenant Office Lease - Gross | IN PROCESS | 50-303 |
| **Weight Watchers North America, Inc.** | | |
| Office Lease Form | 08/18/2003 | 050-C |
| First Amendment to Lease Agreement | 04/12/2005 | 050-C |

**EXHIBIT E**

**LIST OF CONTRACTS**

**NONE**

09995.112 2406194v1

**EXHIBIT F**

**CERTIFICATION OF NON FOREIGN STATUS**

       Section 1445 of the Internal Revenue Code provides that a transferee (TMG/Northwood) of a U. S. real property interest must withhold tax if the transferor (the Choo Parties) is a foreign person. For U.S. tax purposes (including Section 1445), the owner of a disregarded entity (which has legal title to a U.S. real property interest under local law) will be the transferor of the property and not the disregarded entity. To inform the transferee (TMG/Northwood) that withholding of tax is not required upon the disposition of a U.S. real property interest by _____, a _____ (the "Transferor"), the undersigned hereby certifies the following:

       1.    Transferor is not a foreign corporation, foreign partnership, foreign trust, or foreign estate (as those terms are defined in the Internal Revenue Code and Income Tax Regulations). Transferor is not a "disregarded entity" (as such term is defined in the Internal Revenue Code and Income Tax Regulations).

       2.    Transferor's U. S. employer identification number is _____.

       3.    Transferor's office address is:

               _____

               _____

               _____

       4.    Transferor is not a disregarded entity as defined in Section 1.1445-2(b)(2)(iii).

       5.    Transferor understands that this certification may be disclosed to the Internal Revenue Service by the transferee (TMG/Northwood) and that any false statement contained herein could be punished by fine, imprisonment, or both.

*[text and signatures continue on following page]*

09995.112 2406194v1

Under penalties of perjury, the undersigned declares that he/she has examined this certification and to the best of his knowledge and belief it is true, correct and complete, and he further declares that he has the authority to sign this document on behalf of Transferor.

Executed as of _____, 20__.

TRANSFEROR:

_____,

a _____

By: _____
Printed Name: _____
Title: _____

09995.112 2406194v1

## EXHIBIT G

### BILL OF SALE AND ASSIGNMENT

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, the undersigned, _____ (the "Choo Parties"), hereby sells, transfers, assigns and conveys to _____, a _____ ("TMG/Northwood"), all of the Choo Parties' right, title and interest in the "Personal Property" and in the "Intangible Property" (as such terms are defined in the "Purchase Agreement" hereinafter described).

This Bill of Sale and Assignment is given pursuant to that certain agreement ("Purchase Agreement") dated as of _____, 20__, between the Choo Parties and [TMG/Northwood], providing for, among other things, the assignment of all of the Choo Parties' right, title and interest in the Personal Property and in the Intangible Property. The covenants, agreements, and limitations of the Purchase Agreement with respect to the property conveyed hereunder are hereby incorporated herein by this reference as if herein set out in full.

The Choo Parties shall indemnify, defend and hold harmless TMG/Northwood from and against all claims, demands, liabilities, losses, damages, costs and expenses, including, without limitation, reasonable attorneys' fees and disbursements, arising out of claims for rights to, or the Choo Parties' acts or omissions concerning, the Intangible Property, but only those claims based on the Choo Parties' acts or omissions on or before the date hereof.

This Bill of Sale and Assignment shall inure to the benefit of and shall be binding upon the Choo Parties and TMG/Northwood, and their respective successors and assigns.


DATED: As of _____, 20__


**CHOO PARTIES:**


_____
a _____

By: _____
Printed Name: _____
Title: _____

09995.112 2406194v1

## EXHIBIT H

## INTENTIONALLY OMITTED

09995.112 2406194v1

# EXHIBIT I

## CREDITORS AND CLAIMANTS

09995.112 2406194v1

Exhibit I

| CHK NO | Date | Creditor | Description | Amount | Total |
|---|---|---|---|---|---|
| 11-70233 | 10/21/2011 | 518 Mission Street, LLC | Rents swept to lender | $266.76 | $266.76 |
| 11-70233 | 10/23/2011 | 78 First Street, LLC | Rents swept to lender | $296,234.29 | $296,234.29 |
| 11-70233 | 10/21/2011 | 88 First Street, LLC | Rents swept to lender | $903,503.55 | $903,503.55 |
| 11-70224 | 10/21/2011 | ABCO Mechanical | 8/2011 HVAC Maintenance | $763.08 | |
| 11-70228 | 10/21/2011 | ABCO Mechanical | 8/2011 HVAC Maintenance | $1,039.90 | $1,802.98 |
| 11-70224 | 10/21/2011 | AECOM | Consulting | $2,366.67 | |
| 11-70228 | 10/21/2011 | AECOM | Consulting | $2,892.59 | |
| 11-70231 | 10/21/2011 | AECOM | Consulting | $15,777.79 | |
| 11-70234 | 10/21/2011 | AECOM | Consulting | $10,358.12 | $31,395.17 |
| 11-70228 | 10/21/2011 | Armada Security | 8/2011, 9/2011 Patrol Service | $698.00 | |
| 11-70228 | 10/21/2011 | Armada Security | 8/2011, 9/2011 Patrol Service | $698.00 | |
| 11-70231 | 10/21/2011 | Armada Security | 10/2010 - 11/2010 & 8/2011 - 9/2011 Secur | $19,825.36 | |
| 11-70234 | 10/21/2011 | Armada Security | 8/2011 9/2011 Patrol Services | $698.00 | $21,319.36 |
| 11-70224 | 10/21/2011 | Armanino and McKenna | Accounting | $1,834.82 | |
| 11-70228 | 10/21/2011 | Armanino and McKenna | Accounting | $1,600.00 | |
| 11-70231 | 10/21/2011 | Armanino and McKenna | Accounting | $8,765.44 | |
| 11-70234 | 10/21/2011 | Armanino and McKenna | Accounting | $5,254.51 | $17,441.77 |
| 11-70224 | 10/21/2011 | AT&T | 9/2011 Telephone Services | $121.68 | |
| 11-70228 | 10/21/2011 | AT&T | 9/2011 Telephone Services | $315.20 | |
| 11-70231 | 10/21/2011 | AT&T | 8/2011 - 9/2011 Telephone Services | $997.21 | |
| 11-70234 | 10/21/2011 | AT&T Long Distance | 9/2011 Telephone Service | $111.89 | $945.98 |
| 11-49300 | 9/23/2011 | Bank of America | Bank Fees | $12,966.49 | |
| 11-70224 | 10/21/2011 | Bank of America, NA | 11/2010, 10/2010 & 8/2011 Bank Fees | $4,759.84 | |
| 11-70228 | 10/21/2011 | Bank of America, NA | 10/2010, 11/2010 & 8/2011 Bank Fees | $4,898.29 | |
| 11-70231 | 10/21/2011 | Bank of America, NA | 10/2010, 11/2010 & 8/2011 Bank Fees | $6,375.52 | |
| 11-70234 | 10/21/2011 | Bank of America, NA | 10/2010, 11/2010 & 8/2011 Bank Fees | $5,702.69 | $34,706.83 |
| 11-70224 | 10/21/2011 | Barbary Coast Consulting | Consulting | $2,524.65 | |
| 11-70228 | 10/21/2011 | Barbary Coast Consulting | Consulting | $3,085.43 | |
| 11-70231 | 10/21/2011 | Barbary Coast Consulting | Consulting | $16,829.64 | |
| 11-70234 | 10/21/2011 | Barbary Coast Consulting | Consulting | $11,048.66 | $33,488.18 |
| 11-70228 | 10/21/2011 | Breakwater Equity Group | Consulting | $38,992.61 | |
| 11-70228 | 10/21/2011 | Breakwater Equity Group | Consulting | $40,924.31 | |
| 11-70231 | 10/21/2011 | Breakwater Equity Group | Consulting | $255,526.76 | |
| 11-70234 | 10/21/2011 | Breakwater Equity Group | Consulting | $168,031.67 | $503,299.35 |
| 11-70229 | 10/21/2011 | California Mortgage & Realty, Inc. | Intercompany Advance | $125.00 | |
| 11-70232 | 10/21/2011 | California Mortgage & Realty, Inc. | Intercompany loan | $125.00 | |
| 11-70233 | 10/21/2011 | California Mortgage & Realty, Inc. | | $325.00 | |
| 11-49900 | 9/28/2011 | California Mortgage and Realty, Inc. | Intercompany Advance | $2,625.00 | |
| 11-49901 | 9/28/2011 | California Mortgage and Realty, Inc. | Intercompany Advance | $2,546.66 | |
| 11-70224 | 10/21/2011 | California Mortgage and Realty, Inc. | Intercompany Advance | $125.00 | $5,871.66 |
| 11-70224 | 10/21/2011 | CB Richard Ellis | Real Estate Broker | $468.67 | |
| 11-70228 | 10/21/2011 | CB Richard Ellis | Real Estate Broker | $523.41 | |
| 11-70231 | 10/21/2011 | CB Richard Ellis | Real Estate Broker | $3,172.16 | |
| 11-70234 | 10/21/2011 | CB Richard Ellis | Real Estate Broker | $2,656.98 | $6,722.52 |
| 11-70224 | 10/21/2011 | Charles Dunn Real Estate Services | 9/2011 Management Fee ($4,531.50), Term | $5,043.04 | |
| 11-70228 | 10/21/2013 | Charles Dunn Real Estate Services | 9/2011 Management Fee ($5,788.66), Term | $5,975.69 | |
| 11-70231 | 10/21/2011 | Charles Dunn Real Estate Services | 9/2011 Management Fee ($2,562.28), Term | $4,349.10 | |
| 11-70234 | 10/21/2011 | Charles Dunn Real Estate Services | Management Fee ($5,158.00), Termination | $2,316.00 | $13,301.86 |
| 11-49900 | 2/9/2012 | City of San Francisco | Taxes | $ 1,185.56 | |
| 11-49900 | 9/27/2011 | City of San Francisco | Filing Fees | $625.41 | |
| 11-70224 | 10/21/2011 | City of San Francisco | Fees | $558.70 | |
| 11-70228 | 10/21/2011 | City of San Francisco | Fees | $2,108.19 | |
| 11-70231 | 10/21/2011 | City of San Francisco | Fees | $5,971.07 | |
| 11-70234 | 10/21/2011 | City of San Francisco | Fees | $23,392.67 | $43,801.65 |
| 11-70224 | 10/21/2011 | CleanSource, Inc. | 9/2011 Janitorial Supplies | $58.64 | |
| 11-70231 | 10/21/2011 | CleanSource, Inc. | 9/2011 Janitorial Supplies | $466.70 | $931.34 |
| 11-70231 | 10/21/2011 | CNR Asset Management, Inc. | Intercompany Advances | $60.00 | |
| 11-70228 | 10/21/2011 | CNR Asset Management, Inc. | Intercompany Advance | $520.00 | |
| 11-70229 | 10/21/2011 | CNR Asset Management, Inc. | Intercompany Advance | $180.00 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Claim# | Due Date | Creditor | Basis for Claim | Amount | Total |
| 61 | 11-70231 | 10/21/2011 | CMR Asset Management, Inc. | Intercompany Advance | $60.00 | |
| 62 | 11-70234 | 10/21/2011 | CMR Asset Management, Inc. | Intercompany Advance | $200.00 | |
| 63 | 11-49300 | 9/23/2011 | CMR Capital, LLC | Advance for Bankruptcy Counsel Retainer | $50,000.00 | |
| 64 | 11-49301 | 9/23/2011 | CMR Capital, LLC | Advance for Bankruptcy Counsel Retainer | $50,000.00 | |
| 65 | 11-70229 | 10/21/2011 | CMR Capital, LLC | Intercompany Advance | $20.00 | |
| 66 | 11-70233 | 10/21/2011 | CMR Capital, LLC | Intercompany Advance | $397.50 | |
| 67 | 11-49300 | 9/23/2011 | CMR Group, LLC | Intercompany Advance | $48,166.73 | $146,720.55 |
| 68 | 11-49301 | 9/23/2011 | CMR Group, LLC | Intercompany Advance | $508.37 | |
| 69 | 11-49300 | 9/23/2011 | Colliers International | Marketing Costs Reimbursement | $1,000.00 | $5,000.00 |
| 70 | 11-70231 | 10/21/2011 | Clarrity Company | 8/2011 Relief Permit | $215.00 | $215.00 |
| 71 | 11-70228 | 10/21/2011 | Crown Roberts | Security Deposit Refund | $1,219.17 | $1,219.17 |
| 72 | 11-70231 | 10/21/2011 | CT Corp | Agent for Service of Process | $42.23 | |
| 73 | 11-70228 | 10/21/2011 | CT Corp | Agent for Service of Process | $51.62 | |
| 74 | 11-70234 | 10/21/2011 | CT Corp | Agent for Service of Process | $281.55 | |
| 75 | 11-70233 | 10/21/2011 | CT Corp | Registered Agent Fees | $507.44 | |
| 76 | 11-70234 | 10/21/2011 | CT Corp | Agent for Service of Process | $156.83 | |
| 77 | 11-49300 | 9/23/2011 | CT Corp. | Registered Agent Fees | $253.77 | |
| 78 | 11-49301 | 9/23/2011 | CT Corp. | Registered Agent Services | $250.00 | $1,571.41 |
| 79 | 11-70231 | 10/21/2011 | Des Security Systems Co., Inc. | 4/2009 - 5/2009 & 8/2011 - 9/2011 Alarm... | $644.00 | $644.00 |
| 80 | 11-70233 | 10/21/2011 | DMIM Harris | Engineering Services | $111,295.23 | $111,295.23 |
| 81 | 11-49300 | 9/23/2011 | Eastdil Secured Broker Services, Inc. | Marketing Costs Reimbursement | $23,846.00 | |
| 82 | 11-70224 | 10/21/2011 | Eastdil Secured Broker Services, Inc. | Real Estate Broker | $1,254.12 | |
| 83 | 11-70228 | 10/21/2011 | Eastdil Secured Broker Services, Inc. | Real Estate Broker | $1,532.82 | |
| 84 | 11-70231 | 10/21/2011 | Eastdil Secured Broker Services, Inc. | Real Estate Broker | $8,360.82 | |
| 85 | 11-70234 | 10/21/2011 | Eastdil Secured Broker Services, Inc. | Real Estate Broker | $5,488.88 | $40,482.64 |
| 86 | 11-70224 | 10/21/2011 | ESA | Consulting | $5,255.26 | |
| 87 | 11-70228 | 10/21/2011 | ESA | Consulting | $6,427.99 | |
| 88 | 11-70231 | 10/21/2011 | ESA | Consulting | $55,061.75 | |
| 89 | 11-70234 | 10/21/2011 | ESA | Consulting | $23,018.04 | $69,767.04 |
| 90 | 11-70224 | 10/21/2011 | First Street Holdings NV, LLC | Intercompany Advances | $4,759.84 | |
| 91 | 11-70228 | 10/21/2011 | First Street Holdings NV, LLC | Intercompany Advance | $4,898.29 | |
| 92 | 11-70229 | 10/21/2011 | First Street Holdings NV, LLC | Intercompany Advance | $1,293.19 | |
| 93 | 11-70231 | 10/21/2011 | First Street Holdings NV, LLC | Intercompany loan | $1,282.77 | |
| 94 | 11-70234 | 10/21/2011 | First Street Holdings NV, LLC | Intercompany Advance | $5,167.81 | |
| 95 | 11-70231 | 10/21/2011 | First Street Holdings, LLC | Intercompany Advance | $5,167.15 | $22,530.05 |
| 96 | 11-70232 | 10/21/2011 | First/Jessie, LLC | Intercompany loan | $2,128.21 | |
| 97 | 11-70233 | 10/21/2011 | First/Jessie, LLC | Rents swept to tender | $1,124,535.40 | $1,126,663.61 |
| 98 | 11-49300 | 10/4/2011 | Franchise Tax Board | Taxes and fees | $ 3,065.29 | |
| 99 | 11-49301 | 9/23/2011 | Franchise Tax Board | Annual Fees | $ 9,907.56 | |
| 100 | 11-70224 | 12/29/2011 | Franchise Tax Board | Taxes | 1,834.46 | |
| 101 | 11-70228 | 12/29/2011 | Franchise Tax Board | Taxes | 1,834.46 | |
| 102 | 11-70229 | 10/7/2011 | Franchise Tax Board | Late Filing Fee | $ 50.00 | |
| 103 | 11-70229 | 12/7/2011 | Franchise Tax Board | Taxes | 1,834.46 | |
| 104 | 11-70231 | 12/29/2011 | Franchise Tax Board | Taxes | 1,834.46 | |
| 105 | 11-70232 | 12/29/2011 | Franchise Tax Board | Taxes | 2,933.01 | |
| 106 | 11-70233 | 10/24/2011 | Franchise Tax Board | Taxes | $ 2,933.01 | |
| 107 | 11-70234 | 12/29/2011 | Franchise Tax Board | Taxes | 1,834.46 | $22,105.17 |
| 108 | 11-70234 | 10/21/2011 | Golden Gate University | 8/2007 - 7/2008 Operating Expenses | $65,327.42 | $55,327.42 |
| 109 | 11-49300 | 10/21/2011 | Hechmann Communications | Marketing | $1,455.00 | $1,455.00 |
| 110 | 11-49300 | 9/23/2011 | Heller Manus Architects | Architect Fees | $35,000.00 | |
| 111 | 11-70224 | 10/21/2011 | Heller Manus Architects | Consulting | $1,960.24 | |
| 112 | 11-70228 | 10/21/2011 | Heller Manus Architects | Consulting | $2,909.80 | |
| 113 | 11-70231 | 10/21/2011 | Heller Manus Architects | Consulting | $12,271.01 | |
| 114 | 11-70234 | 10/21/2011 | Heller Manus Architects | Consulting | $8,056.31 | $59,418.46 |
| 115 | 11-45000 | 11/23/2010 | IRS | Taxes | 600.00 | |
| 116 | 11-70231 | 10/12/2011 | IRS | Taxes | $ 500.00 | |
| 117 | 12-71001 | 12/7/2011 | IRS | Taxes | $ 100.00 | |
| 118 | 11-70232 | 11/7/2011 | IRS | Taxes | $ 600.00 | |
| 119 | 11-70233 | 10/5/2011 | IRS | Taxes | $ 500.00 | |

| | Claim No | Date Filed | Creditor | Basis of Claim | Amount | Total |
|---|---|---|---|---|---|---|
| 120 | 11-70234 | 10/21/2011 | IRS | Taxes | $500.00 | $2,800.00 |
| 121 | 11-70233 | 10/21/2011 | Jeffer Mangels Butler & Mitchell LLP | Legal Fees | $8,883.05 | $8,883.05 |
| 122 | 11-70234 | 10/21/2011 | JP Capital, LLC | Intercompany advance | $7,363.90 | $7,363.90 |
| 123 | 11-70224 | 10/21/2011 | Law Offices of Willie J. Brown, Jr | Consulting | $39,444.47 | |
| 124 | 11-70228 | 10/21/2011 | Law Offices of Willie J. Brown, Jr | Consulting | $68,209.90 | |
| 125 | 11-70231 | 10/21/2011 | Law Offices of Willie J. Brown, Jr | Consulting | $262,963.11 | |
| 126 | 11-70234 | 10/21/2011 | Law Offices of Willie J. Brown, Jr | Consulting | $177,935.28 | |
| 127 | 11-70229 | 1/33/2012 | Law Offices of Willie J. Brown, Jr | Investment | $276,747.24 | $750,000.00 |
| 128 | 11-70228 | 10/21/2011 | Lewis & Taylor LLC | Window Cleaning | $600.00 | |
| 129 | 11-70228 | 10/21/2011 | Lewis & Taylor LLC | Exterior Window Cleaning | $1,093.00 | $1,693.00 |
| 130 | 11-49300 | 9/23/2011 | Lydian SF Holdings, LLC | Intercompany Receivable | $83,151.00 | $83,151.00 |
| 131 | 11-70231 | 10/21/2011 | M.J. Mechanical Services | 8/2011 Plumbing | $1,785.00 | |
| 132 | 11-70231 | 12/1/2011 | M.J. Mechanical Services | Services and goods provided | $4,033.33 | $5,819.83 |
| 133 | 11-70233 | 10/21/2011 | Magic Plumbing | 8/2011 Repairs | $375.00 | $375.00 |
| 134 | 11-70228 | 10/21/2011 | Marcus Heights, LLC | Intercompany Advance | $1,147.50 | $1,147.50 |
| 135 | 11-70231 | 10/21/2011 | Matrix HG, Incorporated | 7/2011 - 8/2011 Repairs and Maintenance | $10,756.18 | $10,756.18 |
| 136 | 11-70224 | 1/33/2012 | Michael Brooks Carroll | Atty-client engagement | $183,706.48 | |
| 137 | 11-70228 | 1/33/2012 | Michael Brooks Carroll | Atty-client engagement | $183,706.48 | |
| 138 | 11-70229 | 1/33/2012 | Michael Brooks Carroll | Atty-client engagement | $183,706.48 | |
| 139 | 11-70231 | 1/33/2012 | Michael Brooks Carroll | Atty-client engagement | $183,706.48 | |
| 140 | 11-70232 | 1/33/2012 | Michael Brooks Carroll | Atty-client engagement | $183,706.48 | |
| 141 | 11-70233 | 1/33/2012 | Michael Brooks Carroll | Atty-client engagement | $183,706.48 | |
| 142 | 11-70234 | 1/33/2012 | Michael Brooks Carroll | Atty-client engagement | $183,706.48 | $183,706.48 |
| 143 | 11-70228 | 10/21/2011 | Orrick, Herrington & Sutcliffe LLP | Legal Fees | $55,069.92 | |
| 144 | 11-49300 | 9/23/2011 | Orrick, Herrington & Sutcliffe LLP | Legal Fees | $55,069.92 | |
| 145 | 11-70224 | 10/21/2011 | Orrick, Herrington & Sutcliffe LLP | Legal Fees | $4,379.86 | |
| 146 | 11-70231 | 10/21/2011 | Orrick, Herrington & Sutcliffe LLP | 1/2008 -7/2008, 9/2208- 11/2008 Legal Fee | $191,560.19 | |
| 147 | 11-70233 | 10/21/2011 | Orrick, Herrington, et al. | Legal fees | $29,199.07 | $115,071.20 |
| 148 | 11-70231 | 1/27/2012 | Pacific Bell Telephone Company | Services performed | $652.76 | $652.76 |
| 149 | 11-70228 | 10/21/2011 | Pacific Gas & Electric | 8/2011 - 9/2011 Utilities | $9,411.10 | |
| 150 | 11-70231 | 10/21/2011 | Pacific Gas & Electric | 8/2011 - 9/2011 Utilities | $48,312.80 | |
| 151 | 11-70233 | 10/21/2011 | Pacific Gas & Electric | 8/2011 - 9/2011 Utilities | $5,763.93 | |
| 152 | 11-70224 | 10/21/2011 | Pacific Gas and Electric Co. | 8/2011 - 9/2011 Utilities | $1,818.06 | $65,306.08 |
| 153 | 11-70231 | 10/21/2011 | Page and Turnbull | Consulting | $5,088.00 | |
| 154 | 11-70228 | 10/21/2011 | Page and Turnbull | Consulting | $935.04 | |
| 155 | 11-70231 | 10/21/2011 | Page and Turnbull | Consulting | $4,598.03 | |
| 156 | 11-70234 | 10/21/2011 | Page and Turnbull | Consulting | $2,992.30 | $9,069.71 |
| 157 | 11-70224 | 10/21/2011 | Peninsula Towers, LLC | Interest on Loan Allocation | $290,477.00 | |
| 158 | 11-70228 | 10/21/2011 | Peninsula Towers, LLC | Interest on Loan Allocation | $903,261.87 | |
| 159 | 11-70231 | 10/21/2011 | Peninsula Towers, LLC | Interest on Loan Allocation | $92,090,351.80 | |
| 160 | 11-70232 | 10/21/2011 | Peninsula Towers, LLC | Interest on Loan Allocation | $4,907,926.89 | |
| 161 | 11-70232 | 10/21/2011 | Peninsula Towers, LLC | Interest on loan allocation | $688,410.00 | |
| 162 | 11-70231 | 10/21/2011 | Peninsula Towers, LLC | Intercompany Advance | $1,117,036.33 | |
| 163 | 11-70234 | 10/21/2011 | Peninsula Towers, LLC | Interest on Loan Allocation | $1,958,000.53 | $11,567,311.18 |
| 164 | 11-49301 | 9/29/2011 | Pensco Pro M. David Choo | Loan | $83,151.00 | $83,151.00 |
| 165 | 11-70224 | 10/21/2011 | ROWI | Consulting | $1,031.85 | |
| 166 | 11-70231 | 10/21/2011 | ROWI | Consulting | $1,285.00 | |
| 167 | 11-70233 | 10/21/2011 | ROWI | Consulting | $7,012.35 | |
| 168 | 11-70234 | 10/21/2011 | ROWI | Consulting | $4,603.61 | |
| 169 | 11-70224 | 10/21/2011 | Recology Golden Gate | 8/2011 - 9/2011 Waste Removal | $1,209.17 | |
| 170 | 11-70228 | 10/21/2011 | Recology Golden Gate | 8/2011 - 9/2011 Waste Removal | $675.00 | |
| 171 | 11-70231 | 10/21/2011 | Recology Golden Gate | 8/2011 - 9/2011 Waste Removal | $16,545.46 | |
| 172 | 11-49300 | 10/21/2011 | Recology Golden Gate | 8/2011 - 9/2011 Waste Removal | $1,687.11 | |
| 173 | 11-70234 | 10/21/2011 | Recology Golden Gate | 8/2011 - 9/2011 Waste Removal | $3,224.70 | $13,003.41 |
| 174 | 11-49300 | 9/23/2011 | Reuben & Junius, LLP | Legal Fees | $45,921.24 | $20,177.70 |
| 175 | 11-70224 | 10/24/2011 | Reuben & Junius, LLP | Legal Fees | $34,220.84 | $3,224.70 |
| 176 | 11-70229 | 10/24/2011 | Reuben & Junius, LLP | Legal Fees | $24,564.99 | |
| 177 | 11-70233 | 11/1/2011 | Reuben & Junius, LLP | legal services performed | $211,996.64 | |
| 178 | 11-70234 | 10/21/2011 | Reuben & Junius, LLP | legal fees | $65,115.23 | |

| # | Case No. | Date Filed | Creditor | Direct Claim | Amount | Total | L |
|---|----------|-----------|----------|--------------|--------|-------|---|
| 179 | 11-70228 | 10/21/2011 | Reuben and Junius, LP | Legal Fees | $17,625.48 | | |
| 180 | 11-70231 | 10/21/2011 | Reuben and Junius, LP | Legal Fees | $95,198.06 | $473,075.24 | |
| 181 | 11-70224 | 10/21/2011 | Rosen Consulting | Consulting | $4,382.70 | | |
| 182 | 11-70228 | 10/21/2011 | Rosen Consulting | Consulting | $5,336.63 | | |
| 183 | 11-70231 | 10/21/2011 | Rosen Consulting | Consulting | $20,718.03 | | |
| 184 | 11-49300 | 10/21/2011 | Rosen Consulting | Consulting | $19,191.62 | $49,628.98 | |
| 185 | | 9/23/2011 | Sandra J. Jensen | Misc. Fees | $118.96 | $118.96 | |
| 186 | 11-70233 | 10/21/2011 | SignGraphics, Inc. | Consulting Fees | $1,487.50 | $1,487.50 | |
| 187 | 11-70228 | 10/21/2011 | Sixty-Two First Street, LLC | 7/2011 Directory Sign | $152.55 | $152.55 | |
| 188 | 11-70224 | 10/21/2011 | Sixty-Two First Street, LLC | Intercompany Advance | $12,231.75 | | |
| 189 | 11-70220 | 10/21/2011 | Sixty-Two First Street, LLC | Intercompany Advance | $2,123.21 | | |
| 190 | 11-70232 | 10/21/2011 | Sixty-Two First Street, LLC | Intercompany Loan | $925.00 | | |
| 191 | 11-70233 | 10/21/2011 | Sixty-Two First Street, LLC | Rents swept to lender | $2,067,108.37 | $2,081,788.33 | |
| 192 | 11-70224 | 10/21/2011 | Solit Interest Group | Architecture | $2,609.68 | | |
| 193 | 11-70228 | 10/21/2011 | Solit Interest Group | Architecture | $3,213.89 | | |
| 194 | 11-70233 | 10/21/2011 | Solit Interest Group | Architecture | $17,345.87 | | |
| 195 | | 1/17/2012 | Solit Interest Group | Services performed | $675,000.00 | | |
| 196 | 11-70234 | 10/21/2011 | Solit Interest Group | Architecture | $11,509.02 | $709,683.31 | |
| 197 | 11-70224 | 10/21/2011 | Star Elevator | 9/2011 Elevator Service | $381.62 | | |
| 198 | 11-70228 | 10/21/2011 | Star Elevator | 9/2011 Elevator Service | $436.14 | | |
| 199 | 11-70231 | 10/21/2011 | Star Elevator | 9/2011 Elevator Service | $1,439.26 | | |
| 200 | 11-49300 | 10/21/2011 | Star Elevator | 9/2011 Elevator Service and repairs | $1,676.26 | | |
| 201 | 11-70234 | 10/21/2011 | Star Elevator | 9/2011 Elevator Service | $937.70 | $4,870.08 | |
| 202 | 11-49300 | 9/23/2011 | Stein & Lubin LLP | Legal Fees | $98,787.65 | | |
| 203 | 11-70231 | 10/21/2011 | Stein & Lubin LLP | Legal Fees | $14,454.91 | | |
| 204 | 11-70224 | 10/21/2011 | Stein & Lubin LLP | Legal Fees | $2,168.24 | | |
| 205 | 11-70228 | 10/21/2011 | Stein & Lubin, LLP | Legal Fees | $2,650.07 | | |
| 206 | 11-70234 | 10/21/2011 | Stein & Lubin, LLP | Legal Fees | $9,489.65 | $67,550.52 | |
| 207 | 11-70231 | 10/22/2011 | Terminix International | 8/2011 - 9/2011 Pest Control | $136.00 | $136.00 | |
| 208 | 11-70224 | 10/21/2011 | The CAC Group, Inc. | 5/2011 Lease Commission | $43,341.75 | | |
| 209 | 11-70228 | 10/21/2011 | The CAC Group, Inc. | 6/2011 Lease Renewal Commission | $6,503.50 | $49,925.25 | |
| 210 | 11-70231 | 10/21/2011 | The Garza Company | 5/2013 8,8/2011 Tenant Improvements and | $693.00 | | |
| 211 | 11-70228 | 10/21/2011 | The Garza Company | 8/2011 Building and Sidewalk Repairs | $550.39 | | |
| 212 | 11-70231 | 10/21/2011 | The Garza Company | 8/2011 Maintenance | $995.64 | | |
| 213 | 11-70234 | 10/21/2011 | The Garza Company | 8/2011 Janitorial Services | $750.00 | $5,298.11 | |
| 214 | 11-70231 | 10/21/2011 | Tiffany's Cleaning Services, Inc | 9/2011 Carpet Cleaning | $395.00 | $395.00 | |
| 215 | 11-70224 | 10/21/2011 | Treadwell and Rollo | Consulting | $525.59 | | |
| 216 | 11-70228 | 10/21/2011 | Treadwell and Rollo | Consulting | $642.80 | | |
| 217 | 11-70231 | 10/21/2011 | Treadwell and Rollo | Consulting | $5,506.17 | | |
| 218 | 11-70234 | 10/23/2011 | Treadwell and Rollo | Consulting | $2,301.80 | $8,976.70 | |
| 219 | 11-49300 | 9/23/2011 | UNR LLC | Intercompany Advance | $4,500.00 | $4,500.00 | |
| 220 | 11-70224 | 10/21/2011 | Wannan Security | 9/2011 Intercom | $135.00 | $225.00 | |
| 221 | 11-49300 | 9/23/2011 | Wendel,Rosen,Black & Dean LLP | Legal Fees | $610.00 | $610.00 | |
| 222 | | | | | | | |
| 223 | | | Total | | $19,971,491.65 | $19,971,491.65 | |
| 224 | | | | | | | |
| 225 | | | TOTAL (Non Insiders) | | | $3,893,453.88 | |
| 226 | | | | | | | |
| 227 | ADMIN | 5/10/2013 | Binder & Malter LLP | Over Retainer Current and Projected Legal | $225,000 | $225,000 | |
| 228 | ADMIN | 9/10/2013 | MacDonald Fernandez | Over Retainer | $90,000 | $90,000 | |
| 229 | EQUITY | | CMR Asset Management, Inc. | Equity Security Holder | | | |
| 230 | 11-49300 | | David Choza | Equity Security Holder | | | |
| 231 | 11-49300 | | ichthus SF, LLC | Equity Security Holder | | | |
| 232 | 11-49300 | | R.K. Johnson (Properties), LLC | Equity Security Holder | | | |
| 233 | 11-49900 | | Lydian II, LLC | Equity Security Holder | | | |
| 234 | 11-49301 | | Lydian, LLC | Equity Security Holder | | | |
| 235 | 11-49301 | | | | | | $0.00 |
| 236 | | | | | | | |
| 237 | | | | | | | |