MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Administrative Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>FIRST STREET HOLDINGS NV, LLC, et al.<br><br>Debtors. | Case No. 11-49300-RLE-11<br><br>(Jointly Administered with Case Nos. 11-49301, 11-70224, 11-70228, 11-70229, 11-70231, 11-70232, 11-70233 and 11-70234)<br><br>STATEMENT OF MACDONALD \| FERNANDEZ LLP RE RESOLUTION OF OBJECTIONS TO MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND FOR CONDITIONAL DISMISSAL OF THE CASES<br><br>Date: June 6, 2013<br>Time: 11:00 am<br>Place: 1300 Clay Street, Room 201<br>  Oakland, California<br><br>Honorable Roger L. Efremsky |

COMES NOW Macdonald | Fernandez LLP, administrative claimant herein, and advises the court that the objections raised by it in the objections to Motion to Approve Compromise of Controversy and For Conditional Dismissal of the Cases filed herein on May 30, 2013 have been resolved on the terms and conditions set forth in the debtors' Response to Objections dated and filed on June 5, 2013 at page 2:5 through 3:20.

1

1 | Macdonald | Fernandez believes that these modifications to the relief sought and
2 | procedure for protecting the interests of creditors are appropriate. However, Macdonald |
3 | Fernandez and the debtors have not yet settled the terms of a proposed form of order, nor
4 | the amount of the claims reserved or the amount to be reserved for any claim.

DATED: June 6, 2013                           MACDONALD FERNANDEZ LLP

                                              By: /s/ Iain A. Macdonald
                                                  IAIN A. MACDONALD
                                                  Administrative Claimant