JULIAN BACH, ESQ., STATE BAR NO. 162421
LAW OFFICE OF JULIAN BACH
17011 Beach Blvd., Suite 300
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 848-5086

Attorney for Debtor-In-Possession,
FIRST STREET HOLDINGS NV, LLC et al

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                                              )   Case No. 11-49300
                                                                   )   (jointly administered with Bk No.s 11-
FIRST STREET HOLDINGS NV, LLC et al,                               )   49301, 11-70224, 11-70228, 11-70229, 11-
                                                                   )   70231, 11-70232, 11-70233, 11-70234)
              Debtor and Debtor-In-Possession.                     )
                                                                   )   Chapter 11
                                                                   )
                                                                   )   **DECLARATION OF JULIAN BACH
                                                                   )   RE: STATUS OF SETTLEMENT
                                                                   )   PROCEEDS**
                                                                   )
                                                                   )   **Status Conference**
                                                                   )
                                                                   )   Date:      August 7, 2013
                                                                   )   Time:      2:00 p.m.
                                                                   )   Place:     Courtroom 201
                                                                   )              U.S. Bankruptcy Court
                                                                   )              1300 Clay Street
                                                                   )              Oakland, CA

1

## DECLARATION OF JULIAN BACH

I, Julian Bach, declare as follows:

1.     I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein. I am Counsel of record for Debtors First Street Holdings NV, LLC, Lydian SF Holdings, LLC, 78 First Street, LLC, 88 First Street, LLC, 518 Mission, LLC, First/Jessie, LLC, JP Capital, LLC, Peninsula Towers, LLC, and Sixty-Two First Street, LLC's (collectively referred to herein as "FSH") in this proceeding. I make this Declaration in response to the Court's request at the hearing in this matter which took place on August 1, 2013 at 1:00 p.m.

2.     Attached hereto as Exhibit A is a copy of the Closing Statement from Old Republic Title Company, Escrow No. 0227012972-DP.

3.     The transaction closed on June 26, 2013. On July 15, 2013, the proceeds in the amount of net $15 million (after payment of $5 million through Escrow to TMG LLC pursuant to paragraph 2.3 of the Omnibus Agreement) resulting from the transaction were deposited by Escrow into the First Street Holdings NV, LLC Debtor-In-Possession Account. Attached hereto as Exhibits B and C respectively is written confirmation from David Phillips of Old Republic Title Company of the wiring and a printout of the Debtor-In-Possession Account indicating receipt of the wire of $15,000,000 on July 15, 2013.

4.     Pursuant to this Court's Order approving the settlement, the Debtors have paid Richard Kipperman, Chapter 11 trustee of the consolidated estates of CMR Mortgage Fund I, LLC, CMR Mortgage Fund II, LLC, and CMR Mortgage Fund III, LLC $240,000 from the settlement proceeds (See Approval Order, page 6, lines 22-28), and the Debtors have paid the undisputed general unsecured claims, whether scheduled or by undisputed filed Proof of Claim (See Approval Order, page 5, lines 4 through 11). Attached hereto as Exhibit D is an accounting of the payments made along with copies of the checks sent.

Case: 11-49300    Doc# 367    Filed: 08/02/13    Entered: 08/02/13 11:26:45    Page 2 of 43

1      5.      The Debtors also timely filed a Motion For Leave To File Amended Schedules

2 F and timely filed Objections to those Proofs of Claim (3 of them) that are disputed by the

3 Debtors.

4      I declare under penalty of perjury under the laws of the United States of America

5 that the foregoing is true and correct.

6      Executed this 2nd day of August, 2013, at Huntington Beach, California.

7      _____

          Julian Bach, Declarant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                3

1

2

3

4

5

6

7

8

9

10

11

12     **EXHIBIT "A"**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1



# OLD REPUBLIC TITLE COMPANY

275 Battery St., Suite 1500 • San Francisco CA • 94111 • (415) 397-0500 • FAX (415) 397-0199

Choo Parties

Date: June 24, 2013
Escrow No.: 0227012972-DP
Escrow Officer: David Phillips
Closing Date:

Property: Confidential Omnibus Agreement Escrow (Release Amount = $25,000,000.00), San Francisco, CA

## Seller's Estimated Closing Statement

| Item | Debits | Credits |
|---|---|---|
| Deferred Consideration | 5,000,000.00 | |
| Cash Consideration | | 20,000,000.00 |
| Due To Seller (est.) | 15,000,000.00 | |
| Total | 20,000,000.00 | 20,000,000.00 |

By: _____
David Choo

DP/do

1
2
3
4
5
6
7
8
9
10
11
12       **EXHIBIT "B"**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**To:** David Choo
**Subject:** RE: Wire


**From:** David Phillips <DPhillips@ortc.com>
**Date:** July 15, 2013, 3:56:05 PM PDT
**To:** <david@hmvsf.com>
**Subject: Wire**

David,

The wire was completed today.

DP
Sent from Blackberry; please excuse brevity and any typing errors.

8/2/2013

1
2
3
4
5
6
7
8
9
10
11
12          **EXHIBIT "C"**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                           1

**First Street Holdings, L**

**432885623 Bankruptcy Checking (375)**

| Account Identification ▼ | | | |
|---|---|---|---|
| First Street Holdings Nv, LLC | Home: | 415-344-4565 | Tax ID: | 20-4821215 F |
| Dip Case No. 11-49300 | Work: | 415-863-1041 | Last deposit: | 15,000,000.00, 07/15/2013 |
| 1540 Market St Lower Level | Branch: | 432 - San Francisco Main | Current bal: | 15,000,495.00 |
| San Francisco CA 94102 | Prim officer: | 43212 - Vezinaw, Charles | | |

| | | | |
|---|---|---|---|
| Ledger balance: | 15,000,495.00 | Today's activity: | 0.00 |
| Current balance: | 15,000,495.00 | Total Holds: | 0.00 |
| Account available balance: | 15,000,495.00 | Float: | 0.00 |
| Total accessible balance: | 15,000,495.00 | Unused PRA: | |
| Closing balance: | 15,000,495.00 | Related available balance: | 0.00 |
| Last statement: | 07/31/2013 | | |

16  All transactions, 01/16/2013 to 07/15/2013

| Date | Check | Amount | Description | Status | Balance |
|---|---|---|---|---|---|
| 07/15/2013 | | 15,000,495.00 | Daily balance | | |
| 07/15/2013 | | 15,000,000.00 | 624 - Wire Tsfr Credit | | 15,000,495.00 |
| 04/25/2013 | | 495.00 | Daily balance | | |
| 04/25/2013 | | 5.00 | 968 - Overdraft Fee | Force Post | 495.00 |
| 04/25/2013 | | 500.00 | 115 - Account Transfer Cr. | | 500.00 |
| 04/25/2013 | | 103.61 | 115 - Account Transfer Cr. | | 0.00 |
| 04/24/2013 | | -103.61 | Daily balance | | |
| 04/24/2013 | | 5.00 | 968 - Overdraft Fee | Force Post | -103.61 |
| 04/23/2013 | | -98.61 | Daily balance | | |
| 04/23/2013 | | 98.58 | 258 - Acct Analysis Chg | | -98.61 |
| 04/16/2013 | | -0.03 | Daily balance | | |
| 04/16/2013 | | 0.03 | 259 - Monthly Service Chg | | -0.03 |
| 03/21/2013 | | 0.00 | Daily balance | | |
| 03/21/2013 | | 98.92 | 115 - Account Transfer Cr. | | 0.00 |
| 03/20/2013 | | -98.92 | Daily balance | | |
| 03/20/2013 | | 98.87 | 258 - Acct Analysis Chg | | -98.92 |
| 03/15/2013 | | -0.05 | Daily balance | | |
| 03/15/2013 | | 0.05 | 259 - Monthly Service Chg | | -0.05 |
| 02/22/2013 | | 0.00 | Daily balance | | |
| 02/22/2013 | | 98.61 | 115 - Account Transfer Cr. | | 0.00 |
| 02/20/2013 | | -98.61 | Daily balance | | |
| 02/20/2013 | | 98.58 | 258 - Acct Analysis Chg | | -98.61 |
| 02/15/2013 | | -0.03 | Daily balance | | |
| 02/15/2013 | | 0.03 | 259 - Monthly Service | | -0.03 |

https://insight.metavante.org/opstopbT/OpstopServlet/ViewTransactionHistoryDeposit        8/1/2013

**Transaction Summary**
Amount:                 15,000,000.00
Check:
Effective:              07/15/2013
Posting:                07/15/2013
Posting sequence        07/16/2013
timestamp:              03:03:04.920000 a.m.

Reversed:
User ID:

**Status**

**Source Information**
Source:                 561
Control:                130715000007880
Identifier:

**Transaction Description**
Wire Tsfr Credit                624

Disbursement type:

**Additional Information**

1

2

3

4

5

6

7

8

9

10

11

12                                    **EXHIBIT "D"**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          1

First Street Holdings, LLC
Checks issued to F&M Unsecured Creditors
From July 30-August 1, 2013

| | Check # | Date | Vendor | Amount |
|---|---|---|---|---|
| 1 | 1200 | 7/30/13 | Richard Kipperman | 240,000.00 |
| 2 | 1201 | 7/30/13 | Warman Security | 530.00 |
| 3 | 1202 | 7/30/13 | Willie L. Brown | 300,000.00 |
| 4 | 1203 | 7/30/13 | Heckman Communications | 1,455.00 |
| 5 | 1204 | 7/30/13 | SF Tax Collector | 119.83 |
| 6 | 1205 | 7/30/13 | Terminix International | 136.00 |
| 7 | 1206 | 7/30/13 | Tiffany's Cleaning Services, Inc | 395.00 |
| 8 | 1209 | 7/31/13 | ABCO Mechanical Contractors | 1,802.98 |
| 9 | 1210 | 7/31/13 | Armada Protective Services | 27,751.07 |
| 10 | 1211 | 7/31/13 | AT&T | 827.21 |
| 11 | 1212 | 7/31/13 | Charles Dunn Real Estate Services, Inc | 5,558.40 |
| 12 | 1213 | 7/31/13 | City & County of SF | 1,185.54 |
| 13 | 1214 | 7/31/13 | Clean Source | 931.34 |
| 14 | 1215 | 7/31/13 | Complete Security | 24.41 |
| 15 | 1216 | 7/31/13 | Dea Security Systems Co., Inc | 644.00 |
| 16 | 1217 | 7/31/13 | Franchise Tax Board | 20,365.96 |
| 17 | 1218 | 7/31/13 | Frisco Plumbing | 876.15 |
| 18 | 1219 | 7/31/13 | Internal Revenue Service | 2,300.00 |
| 19 | 1220 | 7/31/13 | Magic Plumbing | 375.00 |
| 20 | 1221 | 7/31/13 | Matrix HG, Inc | 11,728.18 |
| 21 | 1222 | 7/31/13 | M.J. Mechanical Services | 4,033.33 |
| 22 | 1223 | 7/31/13 | PG&E | 7,694.91 |
| 23 | 1224 | 7/31/13 | Recology Golden Gate | 20,309.15 |
| 24 | 1225 | 7/31/13 | SF PUC Water | 4,626.86 |
| 25 | 1226 | 7/31/13 | Star Elevator | 2,393.70 |
| 26 | 1227 | 7/31/13 | The Garza Company | 5,563.23 |
| 27 | 1228 | 8/1/13 | CT Corporation | 1,560.46 |
| 28 | 1229 | 8/1/13 | Wendel, Rosen, Black & Dean LLP | 610.00 |
| 29 | 1230 | 8/1/13 | Jeffer, Mangels | 8,883.05 |
| 30 | 1231 | 8/1/13 | Crowan Roberts | 1,219.17 |
| 31 | 1232 | 8/1/13 | Unishippers | 26.52 |
| | | | Total | 673,926.45 |

| | | | Payment Number | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|
First Street Holdings, LLC | | | PMT00000000000075 | 07/30/2013 | | 0000001200 | |
CM010 | CMR | | | | | | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000230 | CKRQ_073013 | 07/30/2013 | $240,000.00 | $240,000.00 | $.00 | $.00 | $240,000.00 |
| | | TOTALS: | $240,000.00 | $240,000.00 | $.00 | $.00 | $240,000.00 |

| | | | Payment Number | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|
First Street Holdings, LLC | | | PMT00000000000075 | 07/30/2013 | | 0000001200 | |
CM010 | CMR | | | | | | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000230 | CKRQ_073013 | 07/30/2013 | $240,000.00 | $240,000.00 | $.00 | $.00 | $240,000.00 |
| | | TOTALS: | $240,000.00 | $240,000.00 | $.00 | $.00 | $240,000.00 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

**City National Bank**
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001200

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 30, 2013 | $240,000.00 |

Pay  Two Hundred Forty Thousand Dollars And 00 Cents

VOID

to the Order of:

CMR

Attention: Richard M. Kipperrman
PO Box 3010
La Mesa, CA 91944-3010

AP

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

WA008          Warman Security

REORDER 905 • U.S. PATENT NO. 5038200, 6575508, 5641183, 5785353, 5984364, 6030000

| | | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| | | | PMT00000000000078 | 07/30/2013 | 0000001201 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000232 | D001844 | 07/30/2013 | $405.00 | $405.00 | $.00 | $.00 | $405.00 |
| INV00000000000233 | D001805 | 07/30/2013 | $125.00 | $125.00 | $.00 | $.00 | $125.00 |
| | | TOTALS: | $530.00 | $530.00 | $.00 | $.00 | $530.00 |

First Street Holdings, LLC

WA008          Warman Security

| | | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| | | | PMT00000000000078 | 07/30/2013 | 0000001201 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000232 | D001844 | 07/30/2013 | $405.00 | $405.00 | $.00 | $.00 | $405.00 |
| INV00000000000233 | D001805 | 07/30/2013 | $125.00 | $125.00 | $.00 | $.00 | $125.00 |
| | | TOTALS: | $530.00 | $530.00 | $.00 | $.00 | $530.00 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**          City National Bank          **0000001201**

62 First Street, 4th Floor          San Francisco Main Office          16-1606/1220
San Francisco, CA 94105          150 California St
San Francisco, CA 94111

VOID

| DATE | AMOUNT |
|---|---|
| Jul 30, 2013 | $530.00 |

Pay   Five Hundred Thirty Dollars And 00 Cents

VOID

to the Order of:

Warman Security

1720 Sacramento Street
San Francisco, CA 941093619

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

WI002　　　　Willie L. Brown Institute

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Payment Number | Check Date | | Check Number | |
| | | | PMT00000000000079 | 07/30/2013 | | 0000001202 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000141 | MAY 2008 | 01/01/2009 | $25,000.00 | $.00 | $.00 | $.00 | $25,000.00 |
| INV00000000000205 | CM MAY 2008 | 07/14/2009 | ($25,000.00) | $.00 | $.00 | $.00 | ($25,000.00) |
| INV00000000000231 | CKRQ_073013-FINAL | 07/30/2013 | $300,000.00 | $300,000.00 | $.00 | $.00 | $300,000.00 |

| | | TOTALS: | $300,000.00 | $300,000.00 | $.00 | $.00 | $300,000.00 |
|---|---|---|---|---|---|---|---|

First Street Holdings, LLC

WI002　　　　Willie L. Brown Institute

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Payment Number | Check Date | | Check Number | |
| | | | PMT00000000000079 | 07/30/2013 | | 0000001202 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000141 | MAY 2008 | 01/01/2009 | $25,000.00 | $.00 | $.00 | $.00 | $25,000.00 |
| INV00000000000205 | CM MAY 2008 | 07/14/2009 | ($25,000.00) | $.00 | $.00 | $.00 | ($25,000.00) |
| INV00000000000231 | CKRQ_073013-FINAL | 07/30/2013 | $300,000.00 | $300,000.00 | $.00 | $.00 | $300,000.00 |

| | | TOTALS: | $300,000.00 | $300,000.00 | $.00 | $.00 | $300,000.00 |
|---|---|---|---|---|---|---|---|

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001202

16-1606/1220

VOID

Pay　Three Hundred Thousand Dollars And 00 Cents

| DATE | AMOUNT |
|---|---|
| Jul 30, 2013 | $300,000.00 |

to the Order of:

Willie L. Brown Institute

100 Spear Street, 21st Floor
San Francisco, CA 94105

VOID

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number | |
| HE003 | Heckmann Communications | | PMT00000000000081 | 07/30/2013 | | 0000001203 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000237 | INVOICE DTD 4/1/08 | 07/30/2013 | $1,455.00 | $1,455.00 | $.00 | $.00 | $1,455.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | $1,455.00 | $1,455.00 | $.00 | $.00 | $1,455.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number | |
| HE003 | Heckmann Communications | | PMT00000000000081 | 07/30/2013 | | 0000001203 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000237 | INVOICE DTD 4/1/08 | 07/30/2013 | $1,455.00 | $1,455.00 | $.00 | $.00 | $1,455.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTALS: | | | $1,455.00 | $1,455.00 | $.00 | $.00 | $1,455.00 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001203

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 30, 2013 | $1,455.00 |

Pay  One Thousand Four Hundred Fifty Five Dollars And 00 Cents

VOID

to the Order of:

Heckmann Communications

76 Lakeview
Piedmont, CA 94611

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number | |
| SA023 | San Francisco Tax Collector | | PMT00000000000082 | 07/30/2013 | | 0000001204 | |

REORDER 995 • U.S. PATENT NO. 5535290, 5575500, 5641183, 5795353, 5984364, 6030000

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000240 | ASSESS #09-207536 | 07/30/2013 | $119.83 | $119.83 | $.00 | $.00 | $119.83 |
| | | TOTALS: | $119.83 | $119.83 | $.00 | $.00 | $119.83 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number | |
| SA023 | San Francisco Tax Collector | | PMT00000000000082 | 07/30/2013 | | 0000001204 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000240 | ASSESS #09-207536 | 07/30/2013 | $119.83 | $119.83 | $.00 | $.00 | $119.83 |
| | | TOTALS: | $119.83 | $119.83 | $.00 | $.00 | $119.83 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001204

16-1606/1220

VOID

| **DATE** | **AMOUNT** |
|---|---|
| Jul 30, 2013 | $119.83 |

Pay    One Hundred Nineteen Dollars And 83 Cents

VOID

to the Order of:

San Francisco Tax Collector

P.O. Box 7427
San Francisco, CA 94120-7427

SIGNATURE AREA CONTAINS KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

TE005     Terminix International

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000083 | 07/30/2013 | 0000001205 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000235 | 307646852 | 07/30/2013 | $68.00 | $68.00 | $.00 | $.00 | $68.00 |
| INV00000000000236 | 308464173 | 07/30/2013 | $68.00 | $68.00 | $.00 | $.00 | $68.00 |
| | | TOTALS: | $136.00 | $136.00 | $.00 | $.00 | $136.00 |

First Street Holdings, LLC

TE005     Terminix International

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000083 | 07/30/2013 | 0000001205 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000235 | 307646852 | 07/30/2013 | $68.00 | $68.00 | $.00 | $.00 | $68.00 |
| INV00000000000236 | 308464173 | 07/30/2013 | $68.00 | $68.00 | $.00 | $.00 | $68.00 |
| | | TOTALS: | $136.00 | $136.00 | $.00 | $.00 | $136.00 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001205

16-1606/1220

VOID

| | DATE | AMOUNT |
|---|---|---|
| | Jul 30, 2013 | $136.00 |

Pay   One Hundred Thirty Six Dollars And 00 Cents

to the Order of:

Terminix International

P.O. Box 742592
Cincinnati, OH 452742592

VOID

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

Payment Number | Check Date | Check Number

TI005       Tiffany's Clearning Services, Inc.

PMT00000000000084 | 07/30/2013 | 0000001206

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000234 | 939 | 07/30/2013 | $395.00 | $395.00 | $.00 | $.00 | $395.00 |
| | | TOTALS: | $395.00 | $395.00 | $.00 | $.00 | $395.00 |

First Street Holdings, LLC

Payment Number | Check Date | Check Number

TI005       Tiffany's Clearning Services, Inc.

PMT00000000000084 | 07/30/2013 | 0000001206

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000234 | 939 | 07/30/2013 | $395.00 | $395.00 | $.00 | $.00 | $395.00 |
| | | TOTALS: | $395.00 | $395.00 | $.00 | $.00 | $395.00 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001206

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 30, 2013 | $395,00 |

Pay    Three Hundred Ninety Five Dollars And 00 Cents

VOID

to the Order of:

Tiffany's Clearning Services, Inc.

533 Airport Blvd., Suite 400
Burlingame, CA 94010

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number
AB003 | ABCO Mechanical Contractors | | PMT00000000000087 | 07/31/2013 | | 0000001209

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000241 | 789988_78 1ST ST | 07/31/2013 | $763.08 | $763.08 | $.00 | $.00 | $763.08 |
| INV00000000000242 | 78989_88 1ST ST | 07/31/2013 | $1,039.90 | $1,039.90 | $.00 | $.00 | $1,039.90 |
| | | TOTALS: | $1,802.98 | $1,802.98 | $.00 | $.00 | $1,802.98 |

First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number
AB003 | ABCO Mechanical Contractors | | PMT00000000000087 | 07/31/2013 | | 0000001209

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000241 | 789988_78 1ST ST | 07/31/2013 | $763.08 | $763.08 | $.00 | $.00 | $763.08 |
| INV00000000000242 | 78989_88 1ST ST | 07/31/2013 | $1,039.90 | $1,039.90 | $.00 | $.00 | $1,039.90 |
| | | TOTALS: | $1,802.98 | $1,802.98 | $.00 | $.00 | $1,802.98 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001209

16-1606/1220



| | DATE | AMOUNT |
|---|---|---|

Pay   One Thousand Eight Hundred Two Dollars And 98 Cents

Jul 31, 2013     $1,802.98

to the Order of:

ABCO Mechanical Contractors

475 Barneveld Avenue
San Francisco, CA 94124



SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC      Payment Number    Check Date     Check Number

AR003      Armada Protective Services      PMT00000000000088    07/31/2013     0000001210

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000243 | 12383_50 1ST ST | 07/31/2013 | $2,730.24 | $2,730.24 | .00 | .00 | $2,730.24 |
| INV00000000000244 | 12511_50 1ST ST | 07/31/2013 | $8,044.73 | $8,044.73 | .00 | .00 | $8,044.73 |
| INV00000000000245 | 12512_50 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000246 | 13504_50 1ST ST | 07/31/2013 | $3,957.07 | $3,957.07 | .00 | .00 | $3,957.07 |
| INV00000000000247 | 13566_50 1ST ST | 07/31/2013 | $4,247.32 | $4,247.32 | .00 | .00 | $4,247.32 |
| INV00000000000248 | 13567_50 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000249 | 13626_50 1ST ST | 07/31/2013 | $4,102.12 | $4,102.12 | .00 | .00 | $4,102.12 |
| INV00000000000250 | 13688_50 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |
| INV00000000000251 | 13687_50 1ST ST | 07/31/2013 | $2,115.59 | $2,115.59 | .00 | .00 | $2,115.59 |
| INV00000000000252 | 13826_50 1ST ST | 07/31/2013 | $279.20 | $279.20 | .00 | .00 | $279.20 |
| INV00000000000253 | 13568_62 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000254 | 13689_62 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |
| INV00000000000255 | 13569_78 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000256 | 13690_78 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |
| INV00000000000257 | 13570_88 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000258 | 13691_88 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |

TOTALS:    $27,751.07    $27,751.07    .00    .00    $27,751.07

First Street Holdings, LLC      Payment Number    Check Date     Check Number

AR003      Armada Protective Services      PMT00000000000088    07/31/2013     0000001210

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000243 | 12383_50 1ST ST | 07/31/2013 | $2,730.24 | $2,730.24 | .00 | .00 | $2,730.24 |
| INV00000000000244 | 12511_50 1ST ST | 07/31/2013 | $8,044.73 | $8,044.73 | .00 | .00 | $8,044.73 |
| INV00000000000245 | 12512_50 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000246 | 13504_50 1ST ST | 07/31/2013 | $3,957.07 | $3,957.07 | .00 | .00 | $3,957.07 |
| INV00000000000247 | 13566_50 1ST ST | 07/31/2013 | $4,247.32 | $4,247.32 | .00 | .00 | $4,247.32 |
| INV00000000000248 | 13567_50 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000249 | 13626_50 1ST ST | 07/31/2013 | $4,102.12 | $4,102.12 | .00 | .00 | $4,102.12 |
| INV00000000000250 | 13688_50 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |
| INV00000000000251 | 13687_50 1ST ST | 07/31/2013 | $2,115.59 | $2,115.59 | .00 | .00 | $2,115.59 |
| INV00000000000252 | 13826_50 1ST ST | 07/31/2013 | $279.20 | $279.20 | .00 | .00 | $279.20 |
| INV00000000000253 | 13568_62 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000254 | 13689_62 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |
| INV00000000000255 | 13569_78 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000256 | 13690_78 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |
| INV00000000000257 | 13570_88 1ST ST | 07/31/2013 | $282.00 | $282.00 | .00 | .00 | $282.00 |
| INV00000000000258 | 13691_88 1ST ST | 07/31/2013 | $216.20 | $216.20 | .00 | .00 | $216.20 |

TOTALS:    $27,751.07    $27,751.07    .00    .00    $27,751.07

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**    City National Bank        **0000001210**

62 First Street, 4th Floor    San Francisco Main Office
San Francisco, CA 94105    150 California St    16-1606/1220
     San Francisco, CA 94111



VOID

       DATE        AMOUNT
       Jul 31, 2013        $27,751.07

Pay   Twenty Seven Thousand Seven Hundred Fifty One Dollars And 07 Cents

VOID

to the Order of:

Armada Protective Services

701 Pennsylvania Ave., #108
San Francisco, CA 94107



SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

AT001        AT&T Services Inc.

| | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| | | PMT00000000000089 | 07/31/2013 | 0000001211 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000259 | CHAP 11 CLAIM_50 1ST | 07/31/2013 | $652.76 | $652.76 | $.00 | $.00 | $652.76 |
| INV00000000000260 | CHAP 11 CLAIM_88 1ST | 07/31/2013 | $174.45 | $174.45 | $.00 | $.00 | $174.45 |
| | | TOTALS: | $827.21 | $827.21 | $.00 | $.00 | $827.21 |

First Street Holdings, LLC

AT001        AT&T Services Inc.

| | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| | | PMT00000000000089 | 07/31/2013 | 0000001211 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000259 | CHAP 11 CLAIM_50 1ST | 07/31/2013 | $652.76 | $652.76 | $.00 | $.00 | $652.76 |
| INV00000000000260 | CHAP 11 CLAIM_88 1ST | 07/31/2013 | $174.45 | $174.45 | $.00 | $.00 | $174.45 |
| | | TOTALS: | $827.21 | $827.21 | $.00 | $.00 | $827.21 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001211

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 31, 2013 | $827.21 |

Pay  Eight Hundred Twenty Seven Dollars And 21 Cents

VOID

to the Order of:

AT&T Services Inc.

Attention: James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

Charles Dunn Real Estate Services, Inc.

CH012

REORDER 005 • U.S. PATENT NO. 5930290, 5875508, 06415LD, 5780503, 5904304, 6039000

| | | | Payment Number | Check Date | | Check Number |
|---|---|---|---|---|---|---|
| | | | PMT00000000000090 | 07/31/2013 | | 0000001212 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000261 | 3219MF092311_50 1ST | 07/31/2013 | $2,126.82 | $2,126.82 | $.00 | $.00 | $2,126.82 |
| INV00000000000262 | 3257MF0292311_62 1S | 07/31/2013 | $887.52 | $887.52 | $.00 | $.00 | $887.52 |
| INV00000000000263 | 3220MF092311_78 1ST | 07/31/2013 | $1,174.18 | $1,174.18 | $.00 | $.00 | $1,174.18 |
| INV00000000000264 | 3218MF092311_88 1ST | 07/31/2013 | $1,369.88 | $1,369.88 | $.00 | $.00 | $1,369.88 |
| | | TOTALS: | $5,558.40 | $5,558.40 | $.00 | $.00 | $5,558.40 |

First Street Holdings, LLC

Charles Dunn Real Estate Services, Inc.

CH012

| | | | Payment Number | Check Date | | Check Number |
|---|---|---|---|---|---|---|
| | | | PMT00000000000090 | 07/31/2013 | | 0000001212 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000261 | 3219MF092311_50 1ST | 07/31/2013 | $2,126.82 | $2,126.82 | $.00 | $.00 | $2,126.82 |
| INV00000000000262 | 3257MF0292311_62 1S | 07/31/2013 | $887.52 | $887.52 | $.00 | $.00 | $887.52 |
| INV00000000000263 | 3220MF092311_78 1ST | 07/31/2013 | $1,174.18 | $1,174.18 | $.00 | $.00 | $1,174.18 |
| INV00000000000264 | 3218MF092311_88 1ST | 07/31/2013 | $1,369.88 | $1,369.88 | $.00 | $.00 | $1,369.88 |
| | | TOTALS: | $5,558.40 | $5,558.40 | $.00 | $.00 | $5,558.40 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001212

16-1605/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 31, 2013 | $5,558.40 |

Pay   Five Thousand Five Hundred Fifty Eight Dollars And 40 Cents

VOID

to the Order of:

Charles Dunn Real Estate Services, Inc.

800 West 6th St., 6th Floor
Los Angeles, CA 90017

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

| | | First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|---|---|

First Street Holdings, LLC

CI005          City and County of San Francisco

| Payment Number | Check Date | Check Number |
|---|---|---|
| PMT00000000000091 | 07/31/2013 | 0000001213 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000317 | BK CLAIM_FSH | 07/31/2013 | $1,185.54 | $1,185.54 | $.00 | $.00 | $1,185.54 |
| | | TOTALS: | $1,185.54 | $1,185.54 | $.00 | $.00 | $1,185.54 |

First Street Holdings, LLC

CI005          City and County of San Francisco

| Payment Number | Check Date | Check Number |
|---|---|---|
| PMT00000000000091 | 07/31/2013 | 0000001213 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000317 | BK CLAIM_FSH | 07/31/2013 | $1,185.54 | $1,185.54 | $.00 | $.00 | $1,185.54 |
| | | TOTALS: | $1,185.54 | $1,185.54 | $.00 | $.00 | $1,185.54 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**          City National Bank          0000001213
62 First Street, 4th Floor          San Francisco Main Office          16-1606/1220
San Francisco, CA 94105          150 California St.
          San Francisco, CA 94111

VOID

                                                                DATE          AMOUNT
                                                                Jul 31, 2013          $1,185.54

Pay     One Thousand One Hundred Eighty Five Dollars And 54 Cents

VOID

to the Order of:

          City and County of San Francisco

          Treasurer & Tax Collector Office-Bureau
          P.O. Box 7426
          San Francisco, CA 94120-7427

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

CL014      Clean Source

| | | | | Payment Number | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|---|
| | | | | PMT00000000000092 | 07/31/2013 | | 0000001214 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000265 | 103905500 | 07/31/2013 | $846.70 | $846.70 | $.00 | $.00 | $846.70 |
| INV00000000000266 | 103906500 | 07/31/2013 | $84.64 | $84.64 | $.00 | $.00 | $84.64 |
| TOTALS: | | | $931.34 | $931.34 | $.00 | $.00 | $931.34 |

First Street Holdings, LLC

CL014      Clean Source

| | | | | Payment Number | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|---|
| | | | | PMT00000000000092 | 07/31/2013 | | 0000001214 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000265 | 103905500 | 07/31/2013 | $846.70 | $846.70 | $.00 | $.00 | $846.70 |
| INV00000000000266 | 103906500 | 07/31/2013 | $84.64 | $84.64 | $.00 | $.00 | $84.64 |
| TOTALS: | | | $931.34 | $931.34 | $.00 | $.00 | $931.34 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**     City National Bank            0000001214

62 First Street, 4th Floor     San Francisco Main Office     16-1606/1220
San Francisco, CA 94105     150 California St
                       San Francisco, CA 94111

VOID

| | DATE | AMOUNT |
|---|---|---|
| | Jul 31, 2013 | $931.34 |

Pay    Nine Hundred Thirty One Dollars And 34 Cents

VOID

to the Order of:

Clean Source

650 Brennan Street
San Jose, CA 95131-1204

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

| First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number | |
| CO024 | Complete Security | | PMT00000000000093 | 07/31/2013 | | 0000001215 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000267 | 133222 | 07/31/2013 | $24.41 | $24.41 | $.00 | $.00 | $24.41 |
| | | TOTALS: | $24.41 | $24.41 | $.00 | $.00 | $24.41 |

| First Street Holdings, LLC | | | Payment Number | Check Date | | Check Number | |
| CO024 | Complete Security | | PMT00000000000093 | 07/31/2013 | | 0000001215 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000267 | 133222 | 07/31/2013 | $24.41 | $24.41 | $.00 | $.00 | $24.41 |
| | | TOTALS: | $24.41 | $24.41 | $.00 | $.00 | $24.41 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001215

16-1606/1220

VOID

Pay   Twenty Four Dollars And 41 Cents

**DATE**
Jul 31, 2013

**AMOUNT**
$24.41

VOID

to the Order of:

Complete Security

23 Stevenson Street
San Francisco, CA 941052706

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC | Payment Number | Check Date | Check Number
DE019     Dea Security Systems Co, Inc. | PMT00000000000094 | 07/31/2013 | 0000001216

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000268 | 20366423-09 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| INV00000000000269 | 998482503 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| INV00000000000270 | 998516849 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| INV00000000000271 | 2083464 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| | | TOTALS: | $644.00 | $644.00 | $.00 | $.00 | $644.00 |

First Street Holdings, LLC | Payment Number | Check Date | Check Number
DE019     Dea Security Systems Co, Inc. | PMT00000000000094 | 07/31/2013 | 0000001216

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000268 | 20366423-09 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| INV00000000000269 | 998482503 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| INV00000000000270 | 998516849 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| INV00000000000271 | 2083464 | 07/31/2013 | $161.00 | $161.00 | $.00 | $.00 | $161.00 |
| | | TOTALS: | $644.00 | $644.00 | $.00 | $.00 | $644.00 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**    City National Bank       0000001216
62 First Street, 4th Floor    San Francisco Main Office    16-1606/1220
San Francisco, CA 94105    150 California St.
San Francisco, CA 94111

VOID

| | DATE | AMOUNT |
|---|---|---|
| Pay   Six Hundred Forty Four Dollars And 00 Cents | Jul 31, 2013 | $644.00 |

VOID

to the Order of:

Dea Security Systems Co, Inc.

8396 Innovation Way
Chicago, IL 606820083

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING



First Street Holdings, LLC

FR001      Franchise Tax Board

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000095 | 07/31/2013 | 0000001217 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000324 | BK CLAIM_FIRST/JESSI | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000325 | BK CLAIM_62 FIRST ST | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000326 | BK CLAIM_78 FIRST ST | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000327 | BK CLAIM_88 FIRST ST | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000328 | BK CLAIM_FSH LLC | 07/31/2013 | $3,065.29 | $3,065.29 | $.00 | $.00 | $3,065.29 |
| INV00000000000329 | BK CLAIM_LSFH LLC | 07/31/2013 | $2,258.35 | $2,258.35 | $.00 | $.00 | $2,258.35 |
| INV00000000000330 | BK CLAIM_518 MISSIO | 07/31/2013 | $1,838.46 | $1,838.46 | $.00 | $.00 | $1,838.46 |
| INV00000000000331 | BK CLAIM_JP CAPITAL | 07/31/2013 | $2,933.01 | $2,933.01 | $.00 | $.00 | $2,933.01 |
| INV00000000000332 | BK CLAIM_PENINSULA | 07/31/2013 | $2,933.01 | $2,933.01 | $.00 | $.00 | $2,933.01 |

|  | TOTALS: | | $20,365.96 | $20,365.96 | $.00 | $.00 | $20,365.96 |

First Street Holdings, LLC

FR001      Franchise Tax Board

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000095 | 07/31/2013 | 0000001217 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000324 | BK CLAIM_FIRST/JESSI | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000325 | BK CLAIM_62 FIRST ST | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000326 | BK CLAIM_78 FIRST ST | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000327 | BK CLAIM_88 FIRST ST | 07/31/2013 | $1,834.46 | $1,834.46 | $.00 | $.00 | $1,834.46 |
| INV00000000000328 | BK CLAIM_FSH LLC | 07/31/2013 | $3,065.29 | $3,065.29 | $.00 | $.00 | $3,065.29 |
| INV00000000000329 | BK CLAIM_LSFH LLC | 07/31/2013 | $2,258.35 | $2,258.35 | $.00 | $.00 | $2,258.35 |
| INV00000000000330 | BK CLAIM_518 MISSIO | 07/31/2013 | $1,838.46 | $1,838.46 | $.00 | $.00 | $1,838.46 |
| INV00000000000331 | BK CLAIM_JP CAPITAL | 07/31/2013 | $2,933.01 | $2,933.01 | $.00 | $.00 | $2,933.01 |
| INV00000000000332 | BK CLAIM_PENINSULA | 07/31/2013 | $2,933.01 | $2,933.01 | $.00 | $.00 | $2,933.01 |

|  | TOTALS: | | $20,365.96 | $20,365.96 | $.00 | $.00 | $20,365.96 |

REORDER 905 • U.S. PATENT NO. 5526250, 5573500, 5645183, 5795552, 5984264, 6030000

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**     **City National Bank**                0000001217

62 First Street, 4th Floor     San Francisco Main Office

San Francisco, CA 94105     150 California St             16-1606/1220

San Francisco, CA 94111

VOID

| | DATE | AMOUNT |
|---|---|---|
| | Jul 31, 2013 | $20,365.96 |

Pay    Twenty Thousand Three Hundred Sixty Five Dollars And 96 Cents

VOID

to the Order of:

Franchise Tax Board

Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

FR010      Frisco Plumbing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Number | | Check Date | | Check Number | | | |
| PMT00000000000096 | | 07/31/2013 | | 0000001218 | | | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000272 | 2011104 | 07/31/2013 | $876.15 | $876.15 | $.00 | $.00 | $876.15 |
| | | TOTALS: | $876.15 | $876.15 | $.00 | $.00 | $876.15 |

First Street Holdings, LLC

FR010      Frisco Plumbing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Number | | Check Date | | Check Number | | | |
| PMT00000000000096 | | 07/31/2013 | | 0000001218 | | | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000272 | 2011104 | 07/31/2013 | $876.15 | $876.15 | $.00 | $.00 | $876.15 |
| | | TOTALS: | $876.15 | $876.15 | $.00 | $.00 | $876.15 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001218

16-1606/1220

VOID

Pay   Eight Hundred Seventy Six Dollars And 15 Cents

DATE    AMOUNT
Jul 31, 2013    $876.15

to the Order of:

VOID

Frisco Plumbing

1218 Gilman Avenue
San Francisco, CA 94124

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

IN010  Internal Revenue Service

| | | | Payment Number | | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|---|
| | | | PMT00000000000097 | | 07/31/2013 | | 0000001219 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000318 | BK CLAIM_FIRST/JESSI | 07/31/2013 | $100.00 | $100.00 | $.00 | $.00 | $100.00 |
| INV00000000000319 | BK CLAIM_62 FIRST ST | 07/31/2013 | $500.00 | $500.00 | $.00 | $.00 | $500.00 |
| INV00000000000320 | BK CLAIM_FSH LLC | 07/31/2013 | $600.00 | $600.00 | $.00 | $.00 | $600.00 |
| INV00000000000321 | BK CLAIM_JP CAPITAL | 07/31/2013 | $600.00 | $600.00 | $.00 | $.00 | $600.00 |
| INV00000000000322 | BK CLAIM_PENINSULA | 07/31/2013 | $500.00 | $500.00 | $.00 | $.00 | $500.00 |
| | | TOTALS: | $2,300.00 | $2,300.00 | $.00 | $.00 | $2,300.00 |

First Street Holdings, LLC

IN010  Internal Revenue Service

| | | | Payment Number | | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|---|
| | | | PMT00000000000097 | | 07/31/2013 | | 0000001219 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000318 | BK CLAIM_FIRST/JESSI | 07/31/2013 | $100.00 | $100.00 | $.00 | $.00 | $100.00 |
| INV00000000000319 | BK CLAIM_62 FIRST ST | 07/31/2013 | $500.00 | $500.00 | $.00 | $.00 | $500.00 |
| INV00000000000320 | BK CLAIM_FSH LLC | 07/31/2013 | $600.00 | $600.00 | $.00 | $.00 | $600.00 |
| INV00000000000321 | BK CLAIM_JP CAPITAL | 07/31/2013 | $600.00 | $600.00 | $.00 | $.00 | $600.00 |
| INV00000000000322 | BK CLAIM_PENINSULA | 07/31/2013 | $500.00 | $500.00 | $.00 | $.00 | $500.00 |
| | | TOTALS: | $2,300.00 | $2,300.00 | $.00 | $.00 | $2,300.00 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW.

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001219

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 31, 2013 | $2,300.00 |

Pay  Two Thousand Three Hundred Dollars And 00 Cents

VOID

to the Order of:

Internal Revenue Service

P.O. Box 7346
Philadelphia, PA 19101-7346

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

MA013          Magic Plumbing

| | | Payment Number | Check Date | | Check Number |
|---|---|---|---|---|---|
| | | PMT00000000000098 | 07/31/2013 | | 0000001220 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000278 | 60595 | 07/31/2013 | $375.00 | $375.00 | $.00 | $.00 | $375.00 |

| | | TOTALS: | $375.00 | $375.00 | $.00 | $.00 | $375.00 |
|---|---|---|---|---|---|---|---|

First Street Holdings, LLC

MA013          Magic Plumbing

| | | Payment Number | Check Date | | Check Number |
|---|---|---|---|---|---|
| | | PMT00000000000098 | 07/31/2013 | | 0000001220 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000278 | 60595 | 07/31/2013 | $375.00 | $375.00 | $.00 | $.00 | $375.00 |

| | | TOTALS: | $375.00 | $375.00 | $.00 | $.00 | $375.00 |
|---|---|---|---|---|---|---|---|

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001220

16-1606/1220

VOID

| | DATE | AMOUNT |
|---|---|---|
| | Jul 31, 2013 | $375.00 |

Pay     Three Hundred Seventy Five Dollars And 00 Cents

VOID

to the Order of:

Magic Plumbing

2261 Market Street, Ste 120
San Francisco, CA 94114

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

MA016  Matrix HG Inc

REORDER 905 • U.S. PATENT NO. 5536200, 5573508, 5641983, 5793373, 5984364, 9030000

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000099 | 07/31/2013 | 0000001221 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000279 | 1522 | 07/31/2013 | $635.18 | $635.18 | $.00 | $.00 | $635.18 |
| INV00000000000280 | 15638 | 07/31/2013 | $3,504.00 | $3,504.00 | $.00 | $.00 | $3,504.00 |
| INV00000000000281 | 15590 | 07/31/2013 | $481.00 | $481.00 | $.00 | $.00 | $481.00 |
| INV00000000000282 | 15668 | 07/31/2013 | $5,636.00 | $5,636.00 | $.00 | $.00 | $5,636.00 |
| INV00000000000283 | 15861 | 07/31/2013 | $1,472.00 | $1,472.00 | $.00 | $.00 | $1,472.00 |
| TOTALS: | | | $11,728.18 | $11,728.18 | $.00 | $.00 | $11,728.18 |

First Street Holdings, LLC

MA016  Matrix HG Inc

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000099 | 07/31/2013 | 0000001221 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000279 | 1522 | 07/31/2013 | $635.18 | $635.18 | $.00 | $.00 | $635.18 |
| INV00000000000280 | 15638 | 07/31/2013 | $3,504.00 | $3,504.00 | $.00 | $.00 | $3,504.00 |
| INV00000000000281 | 15590 | 07/31/2013 | $481.00 | $481.00 | $.00 | $.00 | $481.00 |
| INV00000000000282 | 15668 | 07/31/2013 | $5,636.00 | $5,636.00 | $.00 | $.00 | $5,636.00 |
| INV00000000000283 | 15861 | 07/31/2013 | $1,472.00 | $1,472.00 | $.00 | $.00 | $1,472.00 |
| TOTALS: | | | $11,728.18 | $11,728.18 | $.00 | $.00 | $11,728.18 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001221

16-1606/1220

VOID

Pay  Eleven Thousand Seven Hundred Twenty Eight Dollars And 18 Cents

DATE  Jul 31, 2013
AMOUNT  $11,728.18

to the Order of:

Matrix HG Inc

2355 Whitman Rd., Ste. A
Concord, CA 94518

VOID

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

MJ001          M.J.Mechanical Services

| | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| | | PMT00000000000100 | 07/31/2013 | 0000001222 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000273 | 1829508 | 07/31/2013 | $230.00 | $230.00 | $.00 | $.00 | $230.00 |
| INV00000000000274 | 1829208 | 07/31/2013 | $230.00 | $230.00 | $.00 | $.00 | $230.00 |
| INV00000000000275 | 1870908 | 07/31/2013 | $115.00 | $115.00 | $.00 | $.00 | $115.00 |
| INV00000000000276 | 1829708 | 07/31/2013 | $800.00 | $800.00 | $.00 | $.00 | $800.00 |
| INV00000000000277 | 2658.33 | 07/31/2013 | $2,658.33 | $2,658.33 | $.00 | $.00 | $2,658.33 |

| | TOTALS: | | $4,033.33 | $4,033.33 | $.00 | $.00 | $4,033.33 |

First Street Holdings, LLC

MJ001          M.J.Mechanical Services

| | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| | | PMT00000000000100 | 07/31/2013 | 0000001222 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000273 | 1829508 | 07/31/2013 | $230.00 | $230.00 | $.00 | $.00 | $230.00 |
| INV00000000000274 | 1829208 | 07/31/2013 | $230.00 | $230.00 | $.00 | $.00 | $230.00 |
| INV00000000000275 | 1870908 | 07/31/2013 | $115.00 | $115.00 | $.00 | $.00 | $115.00 |
| INV00000000000276 | 1829708 | 07/31/2013 | $800.00 | $800.00 | $.00 | $.00 | $800.00 |
| INV00000000000277 | 2658.33 | 07/31/2013 | $2,658.33 | $2,658.33 | $.00 | $.00 | $2,658.33 |

| | TOTALS: | | $4,033.33 | $4,033.33 | $.00 | $.00 | $4,033.33 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**          City National Bank          0000001222
62 First Street, 4th Floor          San Francisco Main Office
San Francisco, CA 94105          150 California St          16-1606/1220
San Francisco, CA 94111

VOID

| ☀DATE☀ | AMOUNT☀ |
|---|---|
| Jul 31, 2013 | $4,033.33 |

Pay   Four Thousand Thirty Three Dollars And 33 Cents

VOID

to the Order of:

M.J.Mechanical Services

P.O. Box 289
San Carlos, CA 94070

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING



First Street Holdings, LLC

PG001      PG&E

| | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| | | PMT00000000000101 | 07/31/2013 | 0000001223 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000284 | BK CLAIM_50 1ST ST | 07/31/2013 | $6,194.41 | $6,194.41 | $.00 | $.00 | $6,194.41 |
| INV00000000000285 | BK CLAIM_78 1ST ST | 07/31/2013 | $1,500.50 | $1,500.50 | $.00 | $.00 | $1,500.50 |
| | | TOTALS: | $7,694.91 | $7,694.91 | $.00 | $.00 | $7,694.91 |

First Street Holdings, LLC

PG001      PG&E

| | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| | | PMT00000000000101 | 07/31/2013 | 0000001223 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000284 | BK CLAIM_50 1ST ST | 07/31/2013 | $6,194.41 | $6,194.41 | $.00 | $.00 | $6,194.41 |
| INV00000000000285 | BK CLAIM_78 1ST ST | 07/31/2013 | $1,500.50 | $1,500.50 | $.00 | $.00 | $1,500.50 |
| | | TOTALS: | $7,694.91 | $7,694.91 | $.00 | $.00 | $7,694.91 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001223

16-1606/1220



| ☀ DATE ☀ | ☀ AMOUNT ☀ |
|---|---|
| Jul 31, 2013 | $7,694.91 |

Pay   Seven Thousand Six Hundred Ninety Four Dollars And 91 Cents

to the Order of:

     PG&E

     Patrick Hazen, BK Representative
     PO Box 8329
     Stockton, CA 95208

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

RE009      Recology Golden Gate

Payment Number    Check Date      Check Number

PMT00000000000102    07/31/2013      0000001224

REORDER 805 • U.S. PATENT NO. 5528390, 5579108, 6661153, 5785393, 9804364, 6030000

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000286 | 414441171 | 07/31/2013 | $9,365.46 | $9,365.46 | $.00 | $.00 | $9,365.46 |
| INV00000000000287 | 41566217 | 07/31/2013 | $7,287.89 | $7,287.89 | $.00 | $.00 | $7,287.89 |
| INV00000000000288 | 41447798 | 07/31/2013 | $955.11 | $955.11 | $.00 | $.00 | $955.11 |
| INV00000000000289 | 41572736 | 07/31/2013 | $743.24 | $743.24 | $.00 | $.00 | $743.24 |
| INV00000000000290 | 41442260 | 07/31/2013 | $718.17 | $718.17 | $.00 | $.00 | $718.17 |
| INV00000000000291 | 41567272 | 07/31/2013 | $558.85 | $558.85 | $.00 | $.00 | $558.85 |
| INV00000000000292 | 41437054 | 07/31/2013 | $382.66 | $382.66 | $.00 | $.00 | $382.66 |
| INV00000000000293 | 41562166 | 07/31/2013 | $297.77 | $297.77 | $.00 | $.00 | $297.77 |

TOTALS:    $20,309.15    $20,309.15    $.00    $.00    $20,309.15

First Street Holdings, LLC

RE009      Recology Golden Gate

Payment Number    Check Date      Check Number

PMT00000000000102    07/31/2013      0000001224

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000286 | 414441171 | 07/31/2013 | $9,365.46 | $9,365.46 | $.00 | $.00 | $9,365.46 |
| INV00000000000287 | 41566217 | 07/31/2013 | $7,287.89 | $7,287.89 | $.00 | $.00 | $7,287.89 |
| INV00000000000288 | 41447798 | 07/31/2013 | $955.11 | $955.11 | $.00 | $.00 | $955.11 |
| INV00000000000289 | 41572736 | 07/31/2013 | $743.24 | $743.24 | $.00 | $.00 | $743.24 |
| INV00000000000290 | 41442260 | 07/31/2013 | $718.17 | $718.17 | $.00 | $.00 | $718.17 |
| INV00000000000291 | 41567272 | 07/31/2013 | $558.85 | $558.85 | $.00 | $.00 | $558.85 |
| INV00000000000292 | 41437054 | 07/31/2013 | $382.66 | $382.66 | $.00 | $.00 | $382.66 |
| INV00000000000293 | 41562166 | 07/31/2013 | $297.77 | $297.77 | $.00 | $.00 | $297.77 |

TOTALS:    $20,309.15    $20,309.15    $.00    $.00    $20,309.15

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001224

16-1606/1220



VOID

DATE      AMOUNT
Jul 31, 2013      $20,309.15

Pay   Twenty Thousand Three Hundred Nine Dollars And 15 Cents

to the Order of:      VOID

Recology Golden Gate

250 Executive Park Blvd.
Suite 2100
San Francisco, CA 94134-3306



SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

SA024    San Francisco PUC - Water

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000103 | 07/31/2013 | 0000001225 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000294 | 6092910000-0920 | 07/31/2013 | $174.18 | $174.18 | $.00 | $.00 | $174.18 |
| INV00000000000295 | 5092910000-0920 | 07/31/2013 | $1,263.43 | $1,263.43 | $.00 | $.00 | $1,263.43 |
| INV00000000000296 | 8092910000-0923 | 07/31/2013 | $883.45 | $883.45 | $.00 | $.00 | $883.45 |
| INV00000000000297 | 0192910000-0923 | 07/31/2013 | $131.71 | $131.71 | $.00 | $.00 | $131.71 |
| INV00000000000298 | 9050000000-0923 | 07/31/2013 | $387.80 | $387.80 | $.00 | $.00 | $387.80 |
| INV00000000000299 | 103817115000000 | 07/31/2013 | $1,761.68 | $1,761.68 | $.00 | $.00 | $1,761.68 |
| INV00000000000300 | 2150000000-0923 | 07/31/2013 | $24.61 | $24.61 | $.00 | $.00 | $24.61 |
| | | TOTALS: | $4,626.86 | $4,626.86 | $.00 | $.00 | $4,626.86 |

First Street Holdings, LLC

SA024    San Francisco PUC - Water

| | Payment Number | Check Date | Check Number |
|---|---|---|---|
| | PMT00000000000103 | 07/31/2013 | 0000001225 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000294 | 6092910000-0920 | 07/31/2013 | $174.18 | $174.18 | $.00 | $.00 | $174.18 |
| INV00000000000295 | 5092910000-0920 | 07/31/2013 | $1,263.43 | $1,263.43 | $.00 | $.00 | $1,263.43 |
| INV00000000000296 | 8092910000-0923 | 07/31/2013 | $883.45 | $883.45 | $.00 | $.00 | $883.45 |
| INV00000000000297 | 0192910000-0923 | 07/31/2013 | $131.71 | $131.71 | $.00 | $.00 | $131.71 |
| INV00000000000298 | 9050000000-0923 | 07/31/2013 | $387.80 | $387.80 | $.00 | $.00 | $387.80 |
| INV00000000000299 | 103817115000000 | 07/31/2013 | $1,761.68 | $1,761.68 | $.00 | $.00 | $1,761.68 |
| INV00000000000300 | 2150000000-0923 | 07/31/2013 | $24.61 | $24.61 | $.00 | $.00 | $24.61 |
| | | TOTALS: | $4,626.86 | $4,626.86 | $.00 | $.00 | $4,626.86 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001225

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 31, 2013 | $4,626.86 |

Pay  Four Thousand Six Hundred Twenty Six Dollars And 86 Cents

VOID

to the Order of:

San Francisco PUC - Water

P.O. Box 7369
San Francisco, CA 941207369

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC | Payment Number | Check Date | Check Number

ST036            Star Elevator, Inc.            PMT00000000000104        07/31/2013        0000001226

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000301 | 155731 | 07/31/2013 | $1,103.43 | $1,103.43 | $.00 | $.00 | $1,103.43 |
| INV00000000000302 | 156769 | 07/31/2013 | $237.00 | $237.00 | $.00 | $.00 | $237.00 |
| INV00000000000303 | 155413 | 07/31/2013 | $718.90 | $718.90 | $.00 | $.00 | $718.90 |
| INV00000000000304 | 155423 | 07/31/2013 | $334.37 | $334.37 | $.00 | $.00 | $334.37 |

TOTALS: $2,393.70 | $2,393.70 | $.00 | $.00 | $2,393.70

First Street Holdings, LLC | Payment Number | Check Date | Check Number

ST036            Star Elevator, Inc.            PMT00000000000104        07/31/2013        0000001226

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000301 | 155731 | 07/31/2013 | $1,103.43 | $1,103.43 | $.00 | $.00 | $1,103.43 |
| INV00000000000302 | 156769 | 07/31/2013 | $237.00 | $237.00 | $.00 | $.00 | $237.00 |
| INV00000000000303 | 155413 | 07/31/2013 | $718.90 | $718.90 | $.00 | $.00 | $718.90 |
| INV00000000000304 | 155423 | 07/31/2013 | $334.37 | $334.37 | $.00 | $.00 | $334.37 |

TOTALS: $2,393.70 | $2,393.70 | $.00 | $.00 | $2,393.70

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001226

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Jul 31, 2013 | $2,393.70 |

Pay   Two Thousand Three Hundred Ninety Three Dollars And 70 Cents

VOID

to the Order of:

Star Elevator, Inc.

1300 Industrial Road, Ste #4
San Carlos, CA 94070

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

TH005          The Garza Company

Payment Number: PMT00000000000105  
Check Date: 07/31/2013  
Check Number: 0000001227

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000305 | N08-191 | 07/31/2013 | $160.78 | $160.78 | $.00 | $.00 | $160.78 |
| INV00000000000306 | N08-336 | 07/31/2013 | $93.29 | $93.29 | $.00 | $.00 | $93.29 |
| INV00000000000307 | N08-363 | 07/31/2013 | $141.57 | $141.57 | $.00 | $.00 | $141.57 |
| INV00000000000308 | N09-216 | 07/31/2013 | $45.00 | $45.00 | $.00 | $.00 | $45.00 |
| INV00000000000309 | N09-272 | 07/31/2013 | $149.32 | $149.32 | $.00 | $.00 | $149.32 |
| INV00000000000310 | N08-003 | 07/31/2013 | $250.00 | $250.00 | $.00 | $.00 | $250.00 |
| INV00000000000311 | N09-273 | 07/31/2013 | $70.80 | $70.80 | $.00 | $.00 | $70.80 |
| INV00000000000312 | N06-195 | 07/31/2013 | $3,600.00 | $3,600.00 | $.00 | $.00 | $3,600.00 |
| INV00000000000313 | N08-293 | 07/31/2013 | $93.28 | $93.28 | $.00 | $.00 | $93.28 |
| INV00000000000314 | N08-294 | 07/31/2013 | $162.13 | $162.13 | $.00 | $.00 | $162.13 |
| INV00000000000315 | N08-327 | 07/31/2013 | $316.42 | $316.42 | $.00 | $.00 | $316.42 |
| INV00000000000316 | N08-378 | 07/31/2013 | $480.64 | $480.64 | $.00 | $.00 | $480.64 |

TOTALS: $5,563.23   $5,563.23   $.00   $.00   $5,563.23

First Street Holdings, LLC

TH005          The Garza Company

Payment Number: PMT00000000000105  
Check Date: 07/31/2013  
Check Number: 0000001227

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000305 | N08-191 | 07/31/2013 | $160.78 | $160.78 | $.00 | $.00 | $160.78 |
| INV00000000000306 | N08-336 | 07/31/2013 | $93.29 | $93.29 | $.00 | $.00 | $93.29 |
| INV00000000000307 | N08-363 | 07/31/2013 | $141.57 | $141.57 | $.00 | $.00 | $141.57 |
| INV00000000000308 | N09-216 | 07/31/2013 | $45.00 | $45.00 | $.00 | $.00 | $45.00 |
| INV00000000000309 | N09-272 | 07/31/2013 | $149.32 | $149.32 | $.00 | $.00 | $149.32 |
| INV00000000000310 | N08-003 | 07/31/2013 | $250.00 | $250.00 | $.00 | $.00 | $250.00 |
| INV00000000000311 | N09-273 | 07/31/2013 | $70.80 | $70.80 | $.00 | $.00 | $70.80 |
| INV00000000000312 | N06-195 | 07/31/2013 | $3,600.00 | $3,600.00 | $.00 | $.00 | $3,600.00 |
| INV00000000000313 | N08-293 | 07/31/2013 | $93.28 | $93.28 | $.00 | $.00 | $93.28 |
| INV00000000000314 | N08-294 | 07/31/2013 | $162.13 | $162.13 | $.00 | $.00 | $162.13 |
| INV00000000000315 | N08-327 | 07/31/2013 | $316.42 | $316.42 | $.00 | $.00 | $316.42 |
| INV00000000000316 | N08-378 | 07/31/2013 | $480.64 | $480.64 | $.00 | $.00 | $480.64 |

TOTALS: $5,563.23   $5,563.23   $.00   $.00   $5,563.23

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**  
62 First Street, 4th Floor  
San Francisco, CA 94105

City National Bank  
San Francisco Main Office  
150 California St  
San Francisco, CA 94111

0000001227

16-1606/1220

VOID

Pay   Five Thousand Five Hundred Sixty Three Dollars And 23 Cents

DATE: Jul 31, 2013     AMOUNT: $5,563.23

to the Order of:

The Garza Company

1842 Bandoni Avenue  
San Lorenzo, CA 94580

VOID

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

CT001      CT Corporation

Payment Number    PMT00000000000106    Check Date   08/01/2013    Check Number   0000001228

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000157 | 2004287953-01 REVISE | 03/01/2009 | $125.01 | $.00 | $.00 | $.00 | $125.01 |
| INV00000000000179 | 2004667757-00 | 06/12/2010 | $128.71 | $.00 | $.00 | $.00 | $128.71 |
| INV00000000000221 | CM_2004287953-01 | 09/01/2011 | ($125.01) | $.00 | $.00 | $.00 | ($125.01) |
| INV00000000000222 | CM_2004667757-00 | 09/01/2011 | ($128.71) | $.00 | $.00 | $.00 | ($128.71) |
| INV00000000000333 | VARIOUS LLCS-BK | 08/01/2013 | $1,560.46 | $1,560.46 | $.00 | $.00 | $1,560.46 |

TOTALS:    $1,560.46    $1,560.46    $.00    $.00    $1,560.46

First Street Holdings, LLC

CT001      CT Corporation

Payment Number    PMT00000000000106    Check Date   08/01/2013    Check Number   0000001228

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000157 | 2004287953-01 REVISE | 03/01/2009 | $125.01 | $.00 | $.00 | $.00 | $125.01 |
| INV00000000000179 | 2004667757-00 | 06/12/2010 | $128.71 | $.00 | $.00 | $.00 | $128.71 |
| INV00000000000221 | CM_2004287953-01 | 09/01/2011 | ($125.01) | $.00 | $.00 | $.00 | ($125.01) |
| INV00000000000222 | CM_2004667757-00 | 09/01/2011 | ($128.71) | $.00 | $.00 | $.00 | ($128.71) |
| INV00000000000333 | VARIOUS LLCS-BK | 08/01/2013 | $1,560.46 | $1,560.46 | $.00 | $.00 | $1,560.46 |

TOTALS:    $1,560.46    $1,560.46    $.00    $.00    $1,560.46

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001228

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Aug 1, 2013 | $1,560.46 |

Pay   One Thousand Five Hundred Sixty Dollars And 46 Cents

VOID

to the Order of:

CT Corporation

Walnut Creek Corporate Service Center
1350 Treat Blvd., Ste 350
Walnut Creek, CA 94597

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

| First Street Holdings, LLC | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| WE007 | Wendel,Rosen,Black & Dean LLP | PMT00000000000107 | 08/01/2013 | 0000001229 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000114 | 2000056380 | 10/15/2008 | $610.00 | $610.00 | $.00 | $.00 | $610.00 |

TOTALS: $610.00 $610.00 $.00 $.00 $610.00

| First Street Holdings, LLC | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| WE007 | Wendel,Rosen,Black & Dean LLP | PMT00000000000107 | 08/01/2013 | 0000001229 |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000114 | 2000056380 | 10/15/2008 | $610.00 | $610.00 | $.00 | $.00 | $610.00 |

TOTALS: $610.00 $610.00 $.00 $.00 $610.00

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001229

16-1606/1220

VOID

**DATE**
Aug 1, 2013

**AMOUNT**
$610.00

Pay   Six Hundred Ten Dollars And 00 Cents

VOID

to the Order of:

Wendel,Rosen,Black & Dean LLP

1111 Broadway, 24th Floor
Oakland, CA 94604-2047

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

First Street Holdings, LLC

JE001          Jeffer, Mangels, et al

Payment Number      Check Date      Check Number

PMT00000000000108    08/01/2013    0000001230

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000334 | 1388820_9/30/08 | 08/01/2013 | $3,019.10 | $3,019.10 | $.00 | $.00 | $3,019.10 |
| INV00000000000335 | 1388820_7/31/08 | 08/01/2013 | $2,960.99 | $2,960.99 | $.00 | $.00 | $2,960.99 |
| INV00000000000336 | 1388820_5/30/08 | 08/01/2013 | $2,902.96 | $2,902.96 | $.00 | $.00 | $2,902.96 |
| | | TOTALS: | $8,883.05 | $8,883.05 | $.00 | $.00 | $8,883.05 |

First Street Holdings, LLC

JE001          Jeffer, Mangels, et al

Payment Number      Check Date      Check Number

PMT00000000000108    08/01/2013    0000001230

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000334 | 1388820_9/30/08 | 08/01/2013 | $3,019.10 | $3,019.10 | $.00 | $.00 | $3,019.10 |
| INV00000000000335 | 1388820_7/31/08 | 08/01/2013 | $2,960.99 | $2,960.99 | $.00 | $.00 | $2,960.99 |
| INV00000000000336 | 1388820_5/30/08 | 08/01/2013 | $2,902.96 | $2,902.96 | $.00 | $.00 | $2,902.96 |
| | | TOTALS: | $8,883.05 | $8,883.05 | $.00 | $.00 | $8,883.05 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

**City National Bank**
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001230

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Aug 1, 2013 | $8,883.05 |

Pay   Eight Thousand Eight Hundred Eighty Three Dollars And 05 Cents

VOID

to the Order of:

Jeffer, Mangels, et al

1900 Avenue Of The Stars, 7th Floor
Los Angeles, CA 90067

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

| | | | | | | |
|---|---|---|---|---|---|---|
| First Street Holdings, LLC | | Payment Number | Check Date | | Check Number | REORDER 500 • U.S. PATENT NO. 5538200, 5575008, 5581182, 5785353, 5584304, 6000600 |
| RO002 | Crowan Roberts | PMT00000000000109 | 08/01/2013 | | 0000001231 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000337 | TENANT REFUND_88 1! | 08/01/2013 | $1,219.17 | $1,219.17 | $.00 | $.00 | $1,219.17 |
| | | TOTALS: | $1,219.17 | $1,219.17 | $.00 | $.00 | $1,219.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| First Street Holdings, LLC | | Payment Number | Check Date | | Check Number | |
| RO002 | Crowan Roberts | PMT00000000000109 | 08/01/2013 | | 0000001231 | |

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000337 | TENANT REFUND_88 1! | 08/01/2013 | $1,219.17 | $1,219.17 | $.00 | $.00 | $1,219.17 |
| | | TOTALS: | $1,219.17 | $1,219.17 | $.00 | $.00 | $1,219.17 |

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**
62 First Street, 4th Floor
San Francisco, CA 94105

City National Bank
San Francisco Main Office
150 California St
San Francisco, CA 94111

0000001231

16-1606/1220

VOID

| DATE | AMOUNT |
|---|---|
| Aug 1, 2013 | $1,219.17 |

Pay  One Thousand Two Hundred Nineteen Dollars And 17 Cents

VOID

to the Order of:

Crowan Roberts

The GMAT Guru
220 Montgomery St., Ste 691
San Francisco, CA 94104

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

⑆000001231⑆ ⑆123016066⑆ 1338856231⑈

First Street Holdings, LLC

UN005   Unishippers

Payment Number: PMT00000000000111  
Check Date: 08/01/2013  
Check Number: 0000001232

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000339 | 1392070786 | 08/01/2013 | $15.62 | $15.62 | $.00 | $.00 | $15.62 |
| INV00000000000340 | 00240981000 | 08/01/2013 | $10.90 | $10.90 | $.00 | $.00 | $10.90 |
| | | TOTALS: | $26.52 | $26.52 | $.00 | $.00 | $26.52 |

First Street Holdings, LLC

UN005   Unishippers

Payment Number: PMT00000000000111  
Check Date: 08/01/2013  
Check Number: 0000001232

| Voucher Number | Invoice Number | Invoice Date | Outstanding Amt | Net Paid Amt | Discount Taken | Write Off | Net Check Amt |
|---|---|---|---|---|---|---|---|
| INV00000000000339 | 1392070786 | 08/01/2013 | $15.62 | $15.62 | $.00 | $.00 | $15.62 |
| INV00000000000340 | 00240981000 | 08/01/2013 | $10.90 | $10.90 | $.00 | $.00 | $10.90 |
| | | TOTALS: | $26.52 | $26.52 | $.00 | $.00 | $26.52 |

REORDER 905 • U.S. PATENT NO. 5530290, 5675048, 5641183, 5785253, 5984264, 6010000

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

**First Street Holdings, LLC**  
62 First Street, 4th Floor  
San Francisco, CA 94105

**City National Bank**  
San Francisco Main Office  
150 California St  
San Francisco, CA 94111

0000001232

16-1606/1220

VOID

Pay   Twenty Six Dollars And 52 Cents

DATE: Aug 1, 2013  
AMOUNT: $26.52

to the Order of:

VOID

Unishippers

12235 Beach Blvd Suite 8  
Stanton, CA 90680

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING